UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------ X
TELECOM BUSINESS SOLUTION, LLC, LATAM    :   Civil Action No.:
TOWERS, LLC, AND AMLQ HOLDINGS (CAY),    :
LTD.,                                    :
                                         :
                Petitioners,             :
        v.                               :
                                         :
TERRA TOWERS CORP. AND TBS               :
MANAGEMENT, S.A.,                        :
                                         :
                Respondents.             :
------------------------------------------------------------------ X
```

PLEASE TAKE NOTICE that upon the accompanying Petition to Confirm Partial Final Award and the forthcoming (i) Memorandum of Law in Support of Petition to Confirm Partial Final Award and (ii) Declaration of David A. Landman in Support of Petition to Confirm Partial Final Award, and the exhibits thereto, Petitioners Telecom Business Solution, LLC, LATAM Towers, LLC, and AMLQ Holdings (Cay) Ltd. (collectively, "Petitioners"), by and through undersigned counsel, hereby move this Court, pursuant to 9 U.S.C. § 9 and 9 U.S.C. § 207, for an Order granting the relief requested in Petitioners' Petition to Confirm Partial Final Award. A response is due in accordance with applicable law. Please contact the undersigned to confer on a proposed briefing schedule.

Dated: March 2, 2022

By: /s/ David A. Landman
David A. Landman
**ULMER & BERNE LLP**
275 Madison Avenue, Suite 2002
New York, New York 10016-1138
Phone: (917) 262-0470
Fax:    (917) 262-0480
dlandman@ulmer.com

Michael N. Ungar
(*pro hac vice* forthcoming)
Katherine M. Poldneff
(*pro hac vice* forthcoming)
Gregory C. Djordjevic
(*pro hac vice* forthcoming)
**ULMER & BERNE LLP**
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406
Phone: (216) 583-7000
Fax:    (216) 583-7001
mungar@ulmer.com
kpoldneff@ulmer.com
gdjordjevic@ulmer.com

*Counsel for Petitioners Telecom Business Solution, LLC and LATAM Towers, LLC*

Respectfully submitted,

By: /s/ Gregg L. Weiner
Gregg L. Weiner
Ethan Fitzgerald
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036-8704
Phone: (212) 596-9000
Fax:    (212) 596-9090
gregg.weiner@ropesgray.com
ethan.fitzgerald@ropesgray.com

Daniel V. Ward
(*pro hac vice* forthcoming)
Katherine M. McDonald
(*pro hac vice* forthcoming)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Phone: (617) 951-7000
Fax:    (617) 951-7050
daniel.ward@ropesgray.com
katherine.mcdonald@ropesgray.com

*Counsel for Petitioner AMLQ Holdings (Cay), Ltd.*