UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TELECOM BUSINESS SOLUTION, LLC, *et al.*, | : : | Civil Action No.: 1:22-cv-01761 |
| Petitioners, | : : | Judge Lewis A. Kaplan |
| v. | : : | Magistrate Judge Robert W. Lehrburger |
| TERRA TOWERS CORP., *et al.*, | : : | |
| Respondents. | : : | |

## NOTICE OF MOTION FOR LEAVE TO FILE AMENDED PETITION UNDER SEAL

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Their Motion for Leave to File Amended Petition Under Seal, dated March 3, 2022, and the exhibit attached thereto, Petitioners Telecom Business Solution, LLC, LATAM Towers, LLC, and AMLQ Holdings (Cay) Ltd., by and through undersigned counsel, hereby move this Court, pursuant to Federal Rule of Civil Procedure 5.2(d), for an Order granting leave to file under seal Petitioners' Amended Petition to Confirm Partial Final Award, together with a supporting memorandum of law, declaration, and exhibits annexed thereto.

Dated: March 3, 2022                               Respectfully submitted,

By: */s/ David A. Landman*                         By: */s/ Gregg L. Weiner*
David A. Landman                                    Gregg L. Weiner
**ULMER & BERNE LLP**                               Ethan Fitzgerald
275 Madison Avenue, Suite 2002                      **ROPES & GRAY LLP**
New York, New York 10016-1138                       1211 Avenue of the Americas
Phone: (917) 262-0470                               New York, New York 10036-8704
Fax:    (917) 262-0480                              Phone: (212) 596-9000
dlandman@ulmer.com                                  Fax:    (212) 596-9090
                                                    gregg.weiner@ropesgray.com
Michael N. Ungar                                    ethan.fitzgerald@ropesgray.com
(*pro hac vice* forthcoming)
Katherine M. Poldneff                               Daniel V. Ward
(*pro hac vice* forthcoming)                        (*pro hac vice* forthcoming)
Gregory C. Djordjevic                               Katherine M. McDonald
(*pro hac vice* forthcoming)                        (*pro hac vice* forthcoming)
**ULMER & BERNE LLP**                               **ROPES & GRAY LLP**
1660 West 2nd Street, Suite 1100                    Prudential Tower
Cleveland, Ohio 44113-1406                          800 Boylston Street
Phone: (216) 583-7000                               Boston, Massachusetts 02199-3600
Fax:    (216) 583-7001                              Phone: (617) 951-7000
mungar@ulmer.com                                    Fax:    (617) 951-7050
kpoldneff@ulmer.com                                 daniel.ward@ropesgray.com
gdjordjevic@ulmer.com                               katherine.mcdonald@ropesgray.com

*Counsel for Petitioners Telecom Business*          *Counsel for Petitioner AMLQ Holdings*
*Solution, LLC and LATAM Towers, LLC*               *(Cay), Ltd.*