# EXHIBIT 10



Luis M. Martinez
Vice President
International Centre for Dispute Resolution
150 East 42nd St, 17th Floor
New York, NY

April 23, 2021

**Via Email**

David A. Landman, Esq.
Katherine M. Poldneff, Esq.
Ulmer & Berne LLP
420 Lexington Avenue
Suite 2733
New York, NY 10170-2701

Gregory C. Djordjevic, Esq.
Michael N. Ungar, Esq.
Ulmer & Berne LLP
1660 West 2nd Street
Suite 1100
Cleveland, OH 44113-1406

Juan J. Rodriguez, Esq.
Crystal M. Perez
Jennifer Hernandez, Esq.
Carey Rodriguez Milian Gonya, LLP
1395 Brickell Avenue
Suite 700
Miami, FL 33131

David M. Levine, Esq.
Yanika Nunez
Paola Sanchez
Sanchez Fischer Levine, LLP
1200 Brickell Avenue
Suite 750
Miami, FL 33131

Rafael Briz, Esq.
Mayora & Mayora
15 Calle 1-04, Zona 10
Centrica Plaza, Torre 1
Tercer Nivel, Oficina 301
Guatemala

Danielle Jasmin Kirby, Esq.
Illumination Technologies, LLC
Unknown Address
Miami, FL 33131

Jonathan P. Gill, Esq.

Christian Reigstad, Esq.
Ryan Royce, Esq.
Gregg Weiner, Esq.
Ropes & Gray LLP
1211 Avenue of Americas
New York, NY 10036

Allan A. Joseph, Esq.
Fuerst Ittleman David & Joseph, PL
One Southeast Third Avenue
Suite 1800
Miami, FL 33131

Natalia B. McGinn
Adam S. Schachter
Freddy Funes
Gelber Schachter & Greenberg, P.A.
SunTrust International Center
One Southeast Third Avenue
Suite 2600
Miami, FL 33131

Case Number: **01-21-0000-4309**

Telecom Business Solution, LLC, a/k/a Peppertree o
f and derivatively, on behalf of Continental
Towers LATAM Holdings Limited and
LATAM Towers, LLC, on its own behalf and
derivatively, on behalf of Continental Towers
LATAM Holdings Limited
-vs-
Terra Towers Corp.;TBS Management, SA
-vs-
AMLQ Holdings Cay Ltd.
-vs-
DT Holdings, Inc; Alberto Arzu, Jorge Hernandez
-vs-
Continental Towers LATAM Holdings Limited

Dear Counsel,

In furtherance to our correspondence dated April 7, 2021, this will confirm that there were no objections filed in response to Arbitrators Hodgson's and Ziegler's disclosure statements dated March 30 and 25, respectively. Therefore, the appointment of Arbitrators Hodgson and Ziegler has been confirmed.

At this stage the arbitration may proceed and pursuant to the arbitration clause, the Arbitrators shall have **30 days from the date of this letter** to select the third arbitrator who shall serve as the Chair of the Tribunal.

Sincerely,

/s/

Luis Martinez
Vice President
Direct Dial: (212) 716-5833
Email: LuisMartinez@adr.org
Fax: (212) 286-0383