# EXHIBIT 12

**From:** ICDR Luis Martinez, Esq. <LuisMartinez@adr.org>
**Sent:** Wednesday, May 19, 2021 5:09 PM
**To:** Ungar, Michael; Landman, David; ryan.roycer@ropesgray.com; Jonathan.Gill@ropesgray.com; lcabrera@fidjlaw.com; jhernandez@careyrodriguez.com; Poldneff, Katherine; dlevine@sfl-law.com; christian.reigstad@ropesgray.com; Gregg.weiner@ropesgray.com; Djordjevic, Greg; service@careyrodriguez.com; nmcginn@gsgpa.com; ajoseph@fidjlaw.com; ffunes@gsgpa.com; ynunez@sfl-law.com; JRodriguez@careyrodriguez.com; aschachter@gsgpa.com; service@careyrodriguez.com; psanchez@sfl-law.com; rbriz@mayora-mayora.com; dkirby@illuminationtechnologies.com
**Cc:** rziegler@acumenadr.com; ICDR Luis Martinez, Esq.; Peralta, Nora M.; ICDR Ana Lombardia; Hodgson, Mélida N.
**Subject:** RE: Telecom Business Solution, LLC, a/k/a Peppertree o v. Terra Towers Corp.;TBS Management, SA - Case 01-21-0000-4309

Dear Counsel and Arbitrators,

The ICDR acknowledges receipt of Ms. Hodgson's email regarding the appointment of the Chairperson of the Tribunal and notes that the parties have agreed to the method suggested by Arbitrators Hodgson and Ziegler.

The ICDR will wait to hear who has been selected as the Chair.

Kind regards,

Luis Martinez

**ICDR Luis Martinez, Esq.**
**Vice President**

American Arbitration Association

T: +1 212 716 5833 F: 212 286 0383 E: LuisMartinez@adr.org
150 East 42nd St, 17th Floor, New York, NY 10017
adr.org | icdr.org | aaamediation.org

NPT's BEST NONPROFITS TO WORK FOR ★2021★

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Hodgson, Mélida N. <MHodgson@jenner.com>
**Sent:** Tuesday, May 18, 2021 11:17 PM
**To:** Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; ryan.roycer@ropesgray.com; Jonathan.Gill@ropesgray.com; lcabrera@fidjlaw.com; jhernandez@careyrodriguez.com; Poldneff, Katherine <kpoldneff@ulmer.com>; dlevine@sfl-law.com; christian.reigstad@ropesgray.com; Gregg.weiner@ropesgray.com; Djordjevic, Greg <gdjordjevic@ulmer.com>; service@careyrodriguez.com; nmcginn@gsgpa.com; ajoseph@fidjlaw.com; ffunes@gsgpa.com; ynunez@sfl-law.com; JRodriguez@careyrodriguez.com; aschachter@gsgpa.com;

service@careyrodriguez.com; psanchez@sfl-law.com; rbriz@mayora-mayora.com; dkirby@illuminationtechnologies.com
**Cc:** rziegler@acumenadr.com; ICDR Luis Martinez, Esq. <LuisMartinez@adr.org>; ICDR Ana Lombardia <AnaLombardia@adr.org>; Peralta, Nora M. <NPeralta@jenner.com>
**Subject:** RE: Telecom Business Solution, LLC, a/k/a Peppertree o v. Terra Towers Corp.;TBS Management, SA - Case 01-21-0000-4309

**\*\*\* External E-Mail – Use Caution \*\*\***

Dear Counsel,

Thank you for your prompt replies. Mr Ziegler and I will proceed as indicated.

Best regards,
Mélida Hodgson

---

**From:** Ungar, Michael <mungar@ulmer.com>
**Sent:** Tuesday, May 18, 2021 1:50 PM
**To:** Hodgson, Mélida N. <MHodgson@jenner.com>; Landman, David <dlandman@ulmer.com>; ryan.roycer@ropesgray.com; Jonathan.Gill@ropesgray.com; lcabrera@fidjlaw.com; jhernandez@careyrodriguez.com; Poldneff, Katherine <kpoldneff@ulmer.com>; dlevine@sfl-law.com; christian.reigstad@ropesgray.com; Gregg.weiner@ropesgray.com; Djordjevic, Greg <gdjordjevic@ulmer.com>; service@careyrodriguez.com; nmcginn@gsgpa.com; ajoseph@fidjlaw.com; ffunes@gsgpa.com; ynunez@sfl-law.com; JRodriguez@careyrodriguez.com; aschachter@gsgpa.com; service@careyrodriguez.com; psanchez@sfl-law.com; rbriz@mayora-mayora.com; dkirby@illuminationtechnologies.com
**Cc:** rziegler@acumenadr.com; LuisMartinez@adr.org; analombardia@adr.org; Peralta, Nora M. <NPeralta@jenner.com>
**Subject:** RE: Telecom Business Solution, LLC, a/k/a Peppertree o v. Terra Towers Corp.;TBS Management, SA - Case 01-21-0000-4309

External Email – Exercise Caution
Ms. Hodgson-

Thank you for memorializing this proposal. On behalf of Claimants Telecom Business Solutions, LLC and LATAM Towers, LLC, please be advised that we confirm our agreement with this process.

Additionally, on behalf of Counterclaim Respondents Howard Mandel, John Ranieri, and Ryan Lepene (collectively, the "Individual Respondents"), we cannot agree to the suggested process for the same reasons set forth in Mr. Joseph's earlier email with respect to individual respondents Messrs. Hernandez and Arzu. However, the Individual Respondents likewise do not oppose the suggested process.

Thank you for your ongoing efforts here.

Mike Ungar


------
Michael N. Ungar
Ulmer & Berne LLP

p 216.583.7002
c 216.978.8197

**From:** Hodgson, Mélida N. <MHodgson@jenner.com>
**Sent:** Monday, May 17, 2021 11:12 PM
**To:** Landman, David <dlandman@ulmer.com>; ryan.roycer@ropesgray.com; Jonathan.Gill@ropesgray.com; lcabrera@fidjlaw.com; jhernandez@careyrodriguez.com; Poldneff, Katherine <kpoldneff@ulmer.com>; dlevine@sfl-law.com; christian.reigstad@ropesgray.com; Gregg.weiner@ropesgray.com; Djordjevic, Greg <gdjordjevic@ulmer.com>; Ungar, Michael <mungar@ulmer.com>; service@careyrodriguez.com; nmcginn@gsgpa.com; ajoseph@fidjlaw.com; ffunes@gsgpa.com; ynunez@sfl-law.com; JRodriguez@careyrodriguez.com; aschachter@gsgpa.com; service@careyrodriguez.com; psanchez@sfl-law.com; rbriz@mayora-mayora.com; dkirby@illuminationtechnologies.com
**Cc:** rziegler@acumenadr.com; LuisMartinez@adr.org; analombardia@adr.org; Peralta, Nora M. <NPeralta@jenner.com>
**Subject:** RE: Telecom Business Solution, LLC, a/k/a Peppertree o v. Terra Towers Corp.;TBS Management, SA - Case 01-21-0000-4309


Dear Counsel,

On behalf of Richard Ziegler and myself, I write to memorialize the agreement we have discussed with you regarding a strike and rank process to select the president of the Tribunal.

Please review and respond by email confirming your agreement on behalf of your clients.

Best regards,

Mélida Hodgson
Jenner & Block LLP
Head of International Arbitration, New York
212-891-1642

---

**Mélida N. Hodgson**

**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908 | jenner.com
+1 212 891 1642 | TEL
+1 347 271 1538 | MOBILE
MHodgson@jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.