# EXHIBIT 14

| From: | Hodgson, Mélida N. <MHodgson@jenner.com> |
|---|---|
| Sent: | Monday, June 28, 2021 5:58 PM |
| To: | Richard Ziegler; Reigstad, Christian |
| Cc: | Paola Sanchez; Adam Schachter; Allan Joseph; Ungar, Michael; Landman, David; ryan.roycer@ropesgray.com; Gill, Jonathan; Lenisse Cabrera; jhernandez@careyrodriguez.com; Poldneff, Katherine; David Levine; Weiner, Gregg; Djordjevic, Greg; service@careyrodriguez.com; Natalie Bedoya McGinn; Freddy Funes; Yanika Nunez; JRodriguez@careyrodriguez.com; rbriz@mayora-mayora.com; dkirby@illuminationtechnologies.com; Ward, Daniel V.; ICDR Ana Lombardia; Peralta, Nora M.; ICDR Luis Martinez, Esq.; Hodgson, Mélida N. |
| Subject: | RE: Final Slate for Strike/Rank Process -- Telecom Business Solution et ano v Terra Towers Corp. et al, ICDR 01-21-0000-4309 |

Dear Counsel and ICDR,

I write on behalf of Richard Ziegler and myself to inform you that as a result of the strike and rank process Mr. Marc Goldstein has been selected as the president of the Tribunal. We thank you for your cooperation. We request that the ICDR proceed to inform Mr. Goldstein of his selection, and to take the steps necessary to secure his appointment.

Best regards,
Mélida Hodgson and Richard Ziegler

---

**From:** Richard Ziegler <rziegler@acumenadr.com>
**Sent:** Friday, June 18, 2021 4:08 PM
**To:** Reigstad, Christian <Christian.Reigstad@ropesgray.com>
**Cc:** Paola Sanchez <psanchez@sfl-law.com>; Adam Schachter <ASchachter@gsgpa.com>; Allan Joseph <AJoseph@fidjlaw.com>; Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; ryan.roycer@ropesgray.com; Gill, Jonathan <Jonathan.Gill@ropesgray.com>; Lenisse Cabrera <lcabrera@fidjlaw.com>; jhernandez@careyrodriguez.com; Poldneff, Katherine <kpoldneff@ulmer.com>; David Levine <dlevine@sfl-law.com>; Weiner, Gregg <Gregg.Weiner@ropesgray.com>; Djordjevic, Greg <gdjordjevic@ulmer.com>; service@careyrodriguez.com; Natalie Bedoya McGinn <nmcginn@gsgpa.com>; Freddy Funes <FFunes@gsgpa.com>; Yanika Nunez <ynunez@sfl-law.com>; JRodriguez@careyrodriguez.com; rbriz@mayora-mayora.com; dkirby@illuminationtechnologies.com; Ward, Daniel V. <Daniel.Ward@ropesgray.com>; ICDR Ana Lombardia <AnaLombardia@adr.org>; Peralta, Nora M. <NPeralta@jenner.com>; Hodgson, Mélida N. <MHodgson@jenner.com>; ICDR Luis Martinez, Esq. <LuisMartinez@adr.org>
**Subject:** Re: Final Slate for Strike/Rank Process -- Telecom Business Solution et ano v Terra Towers Corp. et al, ICDR 01-21-0000-4309


External Email – Exercise Caution

Dear Counsel,

We confirm that the correct deadline is June 28 and apologize for our oversight.

Sincerely,

Richard Ziegler and on behalf of Ms. Hodgson

On Jun 18, 2021, at 4:03 PM, Reigstad, Christian <Christian.Reigstad@ropesgray.com> wrote:

Mr. Ziegler and Ms. Hodgson:  thank you for confirming the list of chair candidates is final.  I write on behalf of AMLQ to respectfully request clarification on the deadline for submitting strike(s)/rankings.  The parties' May 17, 2021 agreement provides that "[e]ach side's report of its strike(s)/ranking will be made to its designated co-arbitrator on the fifth business day after the co-arbitrators have jointly reported that the list is final (or such earlier time as the Parties may agree)."   The list was reported as final today, which is a non-business day (many offices, including ours, are officially closed in observance of Juneteenth, which is as of yesterday a federal holiday), and the parties have not agreed to an earlier deadline.  Accordingly, AMLQ's understanding is that the agreed-upon deadline to submit strike(s)/rankings is June 28, 2021.  We will endeavor to submit strike(s)/rankings in advance of then but would appreciate if you could please confirm that June 28, 2021 is the deadline.  Thank you for your attention to this and your continued efforts in this process.

Best,
Chris


**Christian Reigstad**
**ROPES & GRAY LLP**
T +1 212 596 9726 | M +1 716 818 6763
1211 Avenue of the Americas
New York, NY 10036-8704
Christian.Reigstad@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.


**From:** Richard Ziegler <rziegler@acumenadr.com>
**Sent:** Friday, June 18, 2021 1:02 PM
**To:** Paola Sanchez <psanchez@sfl-law.com>; Adam Schachter <ASchachter@gsgpa.com>; Reigstad, Christian <Christian.Reigstad@ropesgray.com>; Allan Joseph <AJoseph@fidjlaw.com>; Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; ryan.roycer@ropesgray.com; Gill, Jonathan <Jonathan.Gill@ropesgray.com>; Lenisse Cabrera <lcabrera@fidjlaw.com>; jhernandez@careyrodriguez.com; Poldneff, Katherine <kpoldneff@ulmer.com>; David Levine <dlevine@sfl-law.com>; Weiner, Gregg <Gregg.Weiner@ropesgray.com>; Djordjevic, Greg <gdjordjevic@ulmer.com>; service@careyrodriguez.com; Natalie Bedoya McGinn <nmcginn@gsgpa.com>; Freddy Funes <ffunes@gsgpa.com>; Yanika Nunez <ynunez@sfl-law.com>; JRodriguez@careyrodriguez.com; rbriz@mayora-mayora.com; dkirby@illuminationtechnologies.com; Ward, Daniel V. <Daniel.Ward@ropesgray.com>
**Cc:** ICDR Ana Lombardia <AnaLombardia@adr.org>; Peralta, Nora M. <NPeralta@jenner.com>; Hodgson, Mélida N. <MHodgson@jenner.com>; ICDR Luis Martinez, Esq. <LuisMartinez@adr.org>
**Subject:** Final Slate for Strike/Rank Process -- Telecom Business Solution et ano v Terra Towers Corp. et al, ICDR 01-21-0000-4309

Dear Counsel,

On behalf of Ms. Hodgson and myself, please be advised that the five candidates identified below have expressed willingness to serve as the chair of the Tribunal in this matter and do not appear to have any disqualifying conflicts or disclosures. It is therefore timely for the Parties to apply the strike/rank process to this slate, under which each side is free to strike up to two of the five candidates and rank order their preference of the remaining candidates (with 1 being the strongest preference). The rank orders should be supplied solely to the two co-arbitrators without copying counsel for the adverse Parties.

Please report your respective rankings to the two of us by close of business on Monday, June 21.

If either side wishes to speak with the arbitrator selected by that side, they are free to arrange such a discussion before the strike/rank deadline. As we have previously noted, however, the co-arbitrators are constrained in what they can say about the candidates and have agreed to limit any remarks to those they have already shared with each other.

The five candidates, in alphabetical order, are:

>Stephanie Cohen
>Marc Goldstein
>Grant Hanessian
>Philip Lacovara
>Mark Morril

Sincerely,

Richard F. Ziegler, and for Mélida Hodgson

Richard F. Ziegler
AcumenADR LLC
41 Madison Avenue, 25th Floor
New York, New York 10010
rziegler@acumenadr.com
347-686-8385
<image002.png>
www.acumenadr.com

---

**Mélida N. Hodgson**

**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908 | jenner.com
+1 212 891 1642 | TEL
+1 347 271 1538 | MOBILE
MHodgson@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized

use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.