# EXHIBIT 18



Luis M. Martinez, Esq.
Vice President
International Centre for Dispute Resolution
150 East 42nd St, 17th Floor
New York, NY 10017
T: +1 212 716 5833
MartinezL@adr.org

July 19, 2021

**Via Email**

David A. Landman, Esq.
Katherine M. Poldneff, Esq.
Ulmer & Berne LLP
420 Lexington Avenue
Suite 2733
New York, NY 10170-2701

Gregory C. Djordjevic, Esq.
Michael N. Ungar, Esq.
Ulmer & Berne LLP
1660 West 2nd Street
Suite 1100
Cleveland, OH 44113-1406

Juan J. Rodriguez, Esq.
Crystal M. Perez
Carey Rodriguez Milian Gonya, LLP
Jennifer Hernandez, Esq.
1395 Brickell Avenue
Suite 700
Miami, FL 33131

David M. Levine, Esq.
Paola Sanchez
Yanika Nunez
Sanchez Fischer Levine, LLP
1200 Brickell Avenue
Suite 750
Miami, FL 33131

Rafael Briz, Esq.
Mayora & Mayora
15 Calle 1-04, Zona 10
Centrica Plaza, Torre 1
Tercer Nivel, Oficina 301
Guatemala

Danielle Jasmin Kirby, Esq.
Illumination Technologies, LLC
Unknown Address
Miami, FL 33131

Jonathan P. Gill, Esq.

Christian Reigstad, Esq.
Ryan Royce, Esq.
Gregg Weiner, Esq.
Ropes & Gray LLP
1211 Avenue of Americas
New York, NY 10036

Allan A. Joseph, Esq.
Lenise Cabrera
Fuerst Ittleman David & Joseph
One Southeast Third Avenue
Suite 1800
Miami, FL 33131

Natalia B. McGinn, Esq.
Adam S. Schachter, Esq.
Freddy Funes, Esq.
Gelber Schachter & Greenberg, P.A.
SunTrust International Center
One Southeast Third Avenue
Suite 2600
Miami, FL 33131

Case Number: **01-21-0000-4309**

Telecom Business Solution, LLC, a/k/a Peppertree o
f and derivatively, on behalf of Continental
Towers LATAM Holdings Limited and
LATAM Towers, LLC, on its own behalf and
derivatively, on behalf of Continental Towers
LATAM Holdings Limited
-vs-
Terra Towers Corp.;TBS Management, SA
-vs-
AMLQ Holdings Cay Ltd. (Notice party)
-vs-
DT Holdings, Inc; Alberto Arzu, Jorge Hernandez
-vs-
Continental Towers LATAM Holdings Limited

Dear Counsel,

In furtherance to our correspondence dated July 7, 2021, this will confirm that there were no objections filed in response to Arbitrator Goldstein's disclosure statement dated July 2, 2021 or to the supplemental disclosure made on July 9, 2021. Therefore, the appointment of Arbitrator Goldstein has been confirmed.

The ICDR also confirms that neither party submitted any objection to the supplemental disclosure made by Arb. Zielgler on July 9, 2021.

At this stage the arbitration may proceed and a Preliminary Hearing will be scheduled shortly.

Sincerely,

/s/

Luis Martinez
Vice President
Direct Dial: (212)716-5833
Email: LuisMartinez@adr.org
Fax: (212)286-0383