UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



TELECOM BUSINESS SOLUTION, LLC,
LATAM TOWERS, LLC, and AMLQ HOLDINGS
(CAY) LTD.,

                                           *Petitioners,*

v.

TERRA TOWERS CORP. and TBS
MANAGEMENT, S.A.,

                                           *Respondents.*

TERRA TOWERS CORP., TBS MANAGEMENT,
S.A., and DT HOLDINGS, INC.

                                         *Cross-Petitioners,*

v.

TELECOM BUSINESS SOLUTION, LLC,
LATAM TOWERS, LLC, and AMLQ HOLDINGS
(CAY) LTD.,

                                         *Cross- Respondents.*

No. 22-cv-1761-LAK

## NOTICE OF MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

PLEASE TAKE NOTICE that upon the accompanying Declaration of George W. Kroup in Support of Motion for Leave to File Exhibits Under Seal, Respondents/Cross-Petitioners Terra Towers Corp., TBS Management, S.A. (together, "Terra"), and DT Holdings, Inc. ("DTH"), by and through undersigned counsel, hereby move this Court, pursuant to Federal Rules of Civil Procedure 5.2(d), for an Order granting leave to file under seal all exhibits attached to the Declaration of George W. Kroup in Opposition to Petition to Confirm and in Support of Petition to Vacate.

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ
4-6-22

Dated: New York, New York
April 1, 2022

        LAW OFFICES OF JOHN F. BAUGHMAN, PLLC

        By: */s/ George W. Kroup*

           John F. Baughman
           George W. Kroup
           299 Broadway – Suite 1816
           New York, New York 10007
           (212) 548-3212

           - and -

        CAREY RODRIGUEZ MILIAN, LLP

           Juan J. Rodriguez
           1395 Brickell Avenue, Suite 700
           Miami, Florida 33131
           (305) 356-5486
           *Admitted Pro Hac Vice*

        *Attorneys for Respondents/Cross-Petitioners Terra Towers Corp., TBS Management S.A., and DT Holdings, Inc.*

Case 1:22-cv-01761-LAK  Document 34  Filed 04/06/22  Page 2 of 2