UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TELECOM BUSINESS SOLUTION, LLC, LATAM TOWERS, LLC, and AMLQ HOLDINGS (CAY) LTD.,

                                *Petitioners,*

v.

TERRA TOWERS CORP. and TBS MANAGEMENT, S.A.,

                                *Respondents.*

TERRA TOWERS CORP., TBS MANAGEMENT, S.A., and DT HOLDINGS, INC.

                                *Cross-Petitioners,*

v.

TELECOM BUSINESS SOLUTION, LLC, LATAM TOWERS, LLC, and AMLQ HOLDINGS (CAY) LTD.,

                                *Cross- Respondents.*

No. 22-cv-1761-LAK


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-12-22

## NOTICE OF UNOPPOSED MOTION TO UNSEAL EXHIBITS

PLEASE TAKE NOTICE that upon the accompanying Declaration of George W. Kroup in Support of Respondents' Unopposed Motion to Seal, Respondents/Cross-Petitioners Terra Towers Corp., TBS Management, S.A. (together, "Terra"), and DT Holdings, Inc. ("DTH"), by and through undersigned counsel, hereby move this Court for an Order directing that all documents currently filed under seal be unsealed and made available on the public docket, specifically the documents with docket entries ECF Nos. 1 to 9-22, inclusive, and ECF Nos. 32-1 to 32-48, inclusive.

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
4/12/22

Dated: New York, New York
April 11, 2022

      LAW OFFICES OF JOHN F. BAUGHMAN, PLLC

      By: */s/ George W. Kroup*

          John F. Baughman
          George W. Kroup
          299 Broadway – Suite 1816
          New York, New York 10007
          (212) 548-3212

          - and -

      CAREY RODRIGUEZ MILIAN, LLP

          Juan J. Rodriguez
          1395 Brickell Avenue, Suite 700
          Miami, Florida 33131
          (305) 356-5486
          *Admitted Pro Hac Vice*

      *Attorneys for Respondents/Cross-Petitioners Terra Towers Corp., TBS Management S.A., and DT Holdings, Inc.*

2