

Michael N. Ungar
*Partner*

DIRECT 216.583.7002
DIRECT FAX 216.583.7003
EMAIL mungar@ulmer.com

April 29, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-3-22
```

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearle Street
New York, NY 10007

RE:   Telecom Business Solution, LLC et al v. Terra Towers Corp. et al
      1:22-cv-01761-LAK

Your Honor:

We write on behalf of *Telecom Business Solution, LLC and LATAM Towers, LLC* ("collectively, Peppertree") and *AMLQ Holdings (Cay), Ltd.* ("AMLQ," and together with Peppertree, "Petitioners") to request an additional five pages for Petitioners' combined reply and opposition to Respondents' Cross-Petition to Vacate (the "Submission"), which is due on May 2, 2022. Petitioners submit that these additional pages are necessary because: (i) Respondents' Cross-Petition to Vacate (ECF No. 27) seeks to vacate four separate arbitration orders and Petitioners cannot sufficiently respond in the standard number of pages allotted; (ii) the Submission contains both a reply in support of Petitioner's Petition to Confirm *and* an opposition to Respondents' Cross-Petition to Vacate; and (iii) the single Submission will be filed on behalf of two separate Petitioners, Peppertree and AMLQ. Respondents consent to this request for five additional pages.

For these reasons, Petitioners respectfully request leave to include an additional five pages in their upcoming Submission.

CLEVELAND
COLUMBUS
CINCINNATI
CHICAGO
NEW YORK
WASHINGTON DC
BOCA RATON

ULMER.COM

Respectfully submitted,

/s/ *Michael N. Ungar*

Michael N. Ungar
(admitted Pro Hac Vice 4/5/2022)

cc:   Counsel of Record (via ECF)

SO ORDERED
LEWIS A. KAPLAN, USDJ

1660 West 2nd Street
Suite 1100
Cleveland, OH 44113-1406

FIRM 216.583.7000       FAX 216.583.7001