**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------- X
TELECOM BUSINESS SOLUTION, LLC, LATAM :   Civil Action No.: 22-cv-01761
TOWERS, LLC, AND AMLQ HOLDINGS (CAY), :
LTD., :
                                                   :   **NOTICE OF MOTION FOR**
              Petitioners, :   **LEAVE TO FILE UNDER**
   v. :   **SEAL**
:
TERRA TOWERS CORP. AND TBS :
MANAGEMENT, S.A., :
:
             Respondents. :
--------------------------------------------------------------------- X

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Their Motion for Leave to File Their August 16, 2022 Letter to the Court Under Seal (the

"August 16 Letter"), Petitioners Telecom Business Solution, LLC, LATAM Towers, LLC, and

AMLQ Holdings (Cay) Ltd. (collectively, "Petitioners"), by and through undersigned counsel,

hereby move this Court, pursuant to Federal Rule of Civil Procedure 5.2(d), for an Order granting

leave to file under seal Petitioners' August 16 Letter and the exhibit annexed thereto.

Dated:  August 16, 2022

Respectfully submitted,

By: */s/ Katherine M. Poldneff*
Michael N. Ungar
(admitted *pro hac vice*)
Katherine M. Poldneff
Gregory C. Djordjevic
(admitted *pro hac vice*)
**ULMER & BERNE LLP**
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406
Phone: (216) 583-7000
Fax:    (216) 583-7001
mungar@ulmer.com
kpoldneff@ulmer.com
gdjordjevic@ulmer.com

David A. Landman
**ULMER & BERNE LLP**
275 Madison Avenue, Suite 2002
New York, New York 10016-1138
Phone: (917) 262-0470
Fax:    (917) 262-0480
dlandman@ulmer.com

*Counsel for Petitioners Telecom Business
Solution, LLC and LATAM Towers, LLC*

By: */s/ Gregg L. Weiner*
Gregg L. Weiner
Ethan R. Fitzgerald
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036-8704
Phone: (212) 596-9000
Fax:    (212) 596-9090
gregg.weiner@ropesgray.com
ethan.fitzgerald@ropesgray.com

Daniel V. Ward
(admitted *pro hac vice*)
Katherine M. McDonald
(admitted *pro hac vice*)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Phone: (617) 951-7000
Fax:    (617) 951-7050
daniel.ward@ropesgray.com
katherine.mcdonald@ropesgray.com

*Counsel for Petitioner AMLQ Holdings
(Cay), Ltd.*

-3-

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 16, 2022, the foregoing was filed through the Court's electronic filing system, which will provide notice of the filing to all counsel of record.

/s/ *Gregg L. Weiner*
Gregg L. Weiner

*Counsel for Petitioner AMLQ Holdings (Cay), Ltd.*