September 2, 2022

Gregg L. Weiner                         Michael N. Ungar
Ropes & Gray LLP                        Ulmer & Berne LLP
1211 Avenue of the Americas             1660 W. 2nd St., Ste. 1100
New York, NY 10036                      Cleveland, OH 44113

Michael B. Smith
Lupkin PLLC
80 Broad St., Ste. 1301
New York, NY  10004

**BY CM/ECF & HAND DELIVERY**

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     ***Telecom Business Solution, LLC, et al., v. Terra Towers Corp., et al.***
        Civil Action No.: 1:22-cv-01761-LAK

Your Honor:

        We represent Petitioners Telecom Business Solution, LLC and LATAM Towers, LLC
(collectively, "Peppertree"), Petitioner AMLQ Holdings (Cay) Ltd. ("AMLQ"), and Respondents
Terra Towers Corp., TBS Management, S.A., and DT Holdings, Inc. (collectively, "Terra," and
together with Peppertree and AMLQ, the "Parties"), in the above-captioned action.  We write to
follow up on Peppertree and AMLQ's August 16, 2022, letter to you (ECF No. 67) regarding the
recent Second Partial Final Award ("SPFA") issued in the underlying arbitration among the
Parties.  In that letter, Peppertree and AMLQ represented that the Parties would confer regarding
a briefing schedule on Peppertree and AMLQ's intended Petition to Confirm the SPFA.  The
Parties have since conferred, and Terra has represented that it will seek to vacate the SPFA.  As
such, the Parties have agreed to the following briefing schedule for their expected petitions to
confirm and/or vacate the SPFA:

- September 16, 2022:  Petition to Confirm and Memorandum in Support;

- October 14, 2022:  Petition to Vacate and Memorandum in Support / Opposition
  to Petition to Confirm;

- November 11, 2022: Opposition to Petition to Vacate / Reply in Support of
  Petition to Confirm; and

- December 9, 2022:  Reply in Support of Petition to Vacate.

-2-

Accordingly, the Parties respectfully request that the Court enter an order setting the agreed briefing schedule above in connection with the SPFA.

We thank the Court for consideration of this joint request.


Respectfully submitted,


/s/ *Gregg L. Weiner*
Gregg L. Weiner

*Counsel for AMLQ Holdings (Cay), Ltd.*

/s/ *Michael N. Ungar*
Michael N. Ungar

*Counsel for Telecom Business Solution, LLC*
*and LATAM Towers, LLC*

/s/ *Michael B. Smith*
Michael B. Smith

*Counsel for Terra Towers Corp., TBS Management, S.A., and DT Holdings, Inc.*

CC: All Counsel of Record