# MEMO ENDORSED

November 18, 2022

| | |
|---|---|
| Gregg L. Weiner | Michael N. Ungar |
| Ropes & Gray LLP | Ulmer & Berne LLP |
| 1211 Avenue of the Americas | 1660 W. 2nd Street, Ste. 1100 |
| New York, NY 10036 | Cleveland, Ohio 44113 |

**Granted.**

**BY CM/ECF & HAND DELIVERY**

**SO ORDERED.**

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**/s/ Lewis A. Kaplan (jhs)**
**Hon. Lewis A. Kaplan, USDJ**

**Dated:  11/21/2022**

Re:   ***Telecom Business Solution, LLC, et al., v. Terra Towers Corp., et al.,***
        Civil Action No.: 1:22-cv-01761

Your Honor:

Undersigned counsel represent Telecom Business Solution, LLC and LATAM Towers, LLC (collectively, "Peppertree"), and AMLQ Holdings (Cay), Ltd. ("AMLQ," together with Peppertree, "Peppertree/AMLQ") in the above-captioned action (the "Action").  Pursuant to Federal Rule of Civil Procedure 5.2(d), Peppertree/AMLQ respectfully seek leave to file under seal their Memorandum in Further Support of Their Petition to Confirm the Second Partial Final Award and in Opposition to Respondents' Cross-Petition to Vacate and supporting declaration and exhibits attached thereto (collectively, the "November 18 Submission").

By way of background, this Action relates to the American Arbitration Association matter of *Telecom Business Solution, LLC et al. v. Terra Towers Corp. et al.*, AAA Case No. 01-21-0000-4309 (the "Arbitration").  In a procedural order issued in August 2021, the Tribunal of the Arbitration ordered:

> The Parties shall treat the details of the Arbitration as private and confidential, except to the extent necessary to comply with mandatory applicable laws, including regulatory obligations, court orders, or orders of a regulatory or an administrative body, or to comply with obligations to insurers, auditors, accountants, or investors.  In such cases, the disclosure shall not extend beyond what is legally required and any non-governmental recipients shall commit to maintain the information in confidence.

ECF No. 6-1 (Procedural Order No. 2), ¶ 22 (the "Confidentiality Order").  This Order is consistent with the confidentiality provisions of the parties' underlying shareholders agreement (the "Shareholders Agreement"), under which the parties agreed not to disclose any confidential information disclosed to it by another shareholder or the Company, subject to limited exceptions.  *See* ECF No. 9-1 (Shareholders Agreement), § 6.03.  Peppertree/AMLQ's November 18

-2-

Submission contains information covered by the Confidentiality Order and the confidentiality provisions of the parties' Shareholders Agreement.

 Undersigned counsel will meet and confer with Terra/DTH's counsel concerning confidentiality designations in this matter.  We will then promptly re-file publicly any material that they agree is non-confidential and bring any remaining disputes concerning confidentiality to the Court for resolution.  In the meantime, for the reasons discussed above, Peppertree/AMLQ respectfully request leave to file under seal their November 18 Submission.

Respectfully submitted,


/s/ *Gregg L. Weiner*
Gregg L. Weiner

*Counsel for AMLQ Holdings (Cay), Ltd.*

/s/ *Michael N. Ungar*
Michael N. Ungar

*Counsel for Telecom Business Solution, LLC
and LATAM Towers, LLC*


CC: All Counsel of Record