**MEMO ENDORSED**

**LUPKIN** PLLC

80 Broad Street, Suite 1301
New York, NY 10004

Tel: (646) 367-2771
Fax: (646) 219-4870
www.lupkinpllc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-2022

December 16, 2022

**VIA ECF & HAND DELIVERY**

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al.*,
Case No. 1:22-cv-01761-LAK

Dear Judge Kaplan:

We represent Respondents/Cross-Petitioners Terra Towers Corp., TBS Management S.A., and DT Holdings, Inc ("Respondents"). Pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure, Respondents respectfully seek leave to file under seal their reply papers in support of their petition to vacate the Second Partial Final Award, including Respondents' reply memorandum of law and the declaration of Juan J. Rodriguez (with exhibits).

The Arbitration out of which this proceeding arises is governed by a procedural order that requires the parties to:

> treat the details of the Arbitration as private and confidential, except to the extent necessary to comply with mandatory applicable laws, including regulatory obligations, court orders, or orders of a regulatory or an administrative body, or to comply with obligations to insurers, auditors, accountants, or investors. In such cases, the disclosure shall not extend beyond what is legally required and any non-governmental recipients shall commit to maintain the information in confidence.[1]

Respondents' reply papers contain information that would be covered by the foregoing confidentiality order. Respondents will promptly confer with the Petitioners concerning

---

[1] Procedural Order No. 2, ¶ 22 (ECF No. 6-1).

Hon. Lewis A. Kaplan
December 16, 2022
Page 2 of 2

what portions, if any, of the reply papers should remain filed under seal. In the meantime, Respondents respectfully request leave to file their reply papers under seal.

> Respectfully submitted,
>
> /s/ *Michael B. Smith*
> Michael B. Smith
>
> /s/ *Juan J. Rodriguez*
> Juan J. Rodriguez
>
> *Counsel for Respondents/Cross-Petitioners*

cc: all Counsel of Record (via ECF)

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
12/19/22