**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TELECOM BUSINESS SOLUTION, LLC,
Et al.,

                     Plaintiffs,

          -against-

TERRA TOWERS CORP., et al.,

                    Defendants.

------------------------------------------------------------X

22 **CIVIL** 1761 (LAK)

## <u>JUDGMENT</u>

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion dated January 18, 2023, Petitioners' petition to confirm the FPFA (Dkt 7) is GRANTED and Respondents' cross-petition to vacate the FPFA, as well as the November 12 Order and March 15 Order, (Dkt 27) is DENIED. Respondents' motion to amend its cross-petition to vacate (Dkt 75) is DENIED as futile.

**Dated:**  New York, New York

       January 18, 2023

                                        **RUBY J. KRAJICK**

                                    _____

                                       **Clerk of Court**

                  **BY:**            K. mango

                                     _____

                                       **Deputy Clerk**