UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELECOM BUSINESS SOLUTION, LLC, LATAM TOWERS, LLC, and AMLQ HOLDINGS (CAY) LTD., <br><br> *Petitioners,* <br><br> v. <br><br> TERRA TOWERS CORP. and TBS MANAGEMENT, S.A., <br><br> *Respondents.* <br><br> TERRA TOWERS CORP., TBS MANAGEMENT, S.A., and DT HOLDINGS, INC. <br><br> *Cross-Petitioners,* <br><br> v. <br><br> TELECOM BUSINESS SOLUTION, LLC, LATAM TOWERS, LLC, and AMLQ HOLDINGS (CAY) LTD., <br><br> *Cross-Respondents.* | No. 22-cv-1761-LAK <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Respondents/Cross-Petitioners Terra Towers Corp and TBS Management, S.A. hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Judgment, dated January 18, 2023 (Dkt. 124), the Memorandum and Opinion, dated January 18, 2023 (Dkt. 125), and from all opinions, orders and rulings subsumed therein or made prior thereto.

Dated: New York, New York
January 31, 2023

Juan J. Rodriguez*
CAREY RODRIGUEZ MILIAN LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Phone: 305-372-7474
Fax: 305-372-7475
jrodriguez@careyrodriguez.com
* Admitted Pro Hac Vice

By: _____
Jonathan D. Lupkin
Michael B. Smith
LUPKIN PLLC
80 Broad Street, Suite 1301
New York, New York 10004
Phone: (646) 367-2771
Fax: (646) 219-4870
jlupkin@lupkinpllc.com
msmith@lupkinpllc.com

*Counsel for Respondents-Cross-Petitioners Terra Towers Corp.,
and TBS Management, S.A.*