UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
TELECOM BUSINESS SOLUTION, LLC, *et al.*,  : Civil Action No.: 1:22-cv-01761
                                           :
                    Petitioners,           : Judge Lewis A. Kaplan
         v.                                :
                                           : Magistrate Judge Robert W.
TERRA TOWERS CORP., *et al.*,              : Lehrburger
                                           :
                    Respondents.           :
---------------------------------------------------------------- X

## MOTION TO HOLD RESPONDENTS IN CIVIL CONTEMPT AND FOR CONTEMPT SANCTIONS

Telecom Business Solution, LLC and LATAM Towers, LLC (collectively, "Peppertree") and AMLQ Holdings (Cay) Ltd. ("AMLQ," and together with Peppertree, "Peppertree/AMLQ"), jointly through the undersigned counsel, move this Court to hold Respondents Terra Towers Corp. and TBS Management, S.A. (collectively, "Respondents") in contempt of Court for their willful failure to abide by this Court's January 18, 2023 Order, ECF No. 124, which confirmed the Tribunal's First Partial Final Award ("FPFA"), and related Judgment, ECF No. 125. Specifically, Respondents have failed and refused to perform their obligations under the Order, which confirmed in full the FPFA issued on February 24, 2022. Respondents should therefore be held in civil contempt and be required to immediately perform their obligations under the FPFA or be coercively sanctioned for their contempt by being required to pay an initial fine of $2,500 per day, followed by an increase in daily sanctions of $1,000 per day (for a total of $3,500 per day, then $4,500 per day, and so on), following each ten calendar days of further non-compliance, or otherwise in a manner this Court deems appropriate to ensure compliance. The grounds for this motion are set forth more fully in the attached memorandum of law.

Dated:  March 14, 2023                                                Respectfully submitted,

/s/  Michael N. Ungar                                                 /s/  Gregg L. Weiner
Michael N. Ungar                                                      Gregg L. Weiner
(admitted *pro hac vice*)                                             Ethan Fitzgerald
Katherine M. Poldneff                                                 **ROPES & GRAY LLP**
Gregory C. Djordjevic                                                 1211 Avenue of the Americas
(admitted *pro hac vice*)                                             New York, New York 10036-8704
**ULMER & BERNE LLP**                                                 Phone: (212) 596-9000
1660 West 2nd Street, Suite 1100                                      Fax:     (212) 596-9090
Cleveland, Ohio 44113-1406                                            gregg.weiner@ropesgray.com
Phone: (216) 583-7000                                                 ethan.fitzgerald@ropesgray.com
Fax:     (216) 583-7001
mungar@ulmer.com                                                      Daniel V. Ward
kpoldneff@ulmer.com                                                   (admitted *pro hac vice*)
gdjordjevic@ulmer.com                                                 Katherine M. McDonald
                                                                      (admitted *pro hac vice*)
David A. Landman                                                      **ROPES & GRAY LLP**
**ULMER & BERNE LLP**                                                 Prudential Tower
275 Madison Avenue, Suite 2002                                        800 Boylston Street
New York, New York 10016-1138                                         Boston, Massachusetts 02199-3600
Phone: (917) 262-0470                                                 Phone: (617) 951-7000
Fax:     (917) 262-0480                                               Fax:     (617) 951-7050
dlandman@ulmer.com                                                    daniel.ward@ropesgray.com
                                                                      katherine.mcdonald@ropesgray.com

*Counsel for Petitioners Telecom Business
Solution, LLC and LATAM Towers, LLC*                                  *Counsel for Petitioner AMLQ Holdings
                                                                      (Cay), Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on March 14, 2023 Notice of this filing will be sent to all counsel of record through the Court's electronic notice system.

*/s/* Michael N. Ungar

*Counsel for Petitioners Telecom Business Solution, LLC and LATAM Towers, LLC*