# LUPKIN PLLC

80 Broad Street, Suite 3103
New York, NY 10004

Tel: (646) 367-2771
Fax: (646) 219-4870
www.lupkinpllc.com

**MEMO ENDORSED**

March 24, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
United State District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al.*,
       **Case No. 1:22-cv-01761-LAK**

Dear Judge Kaplan:

We represent Respondents/Cross-Petitioners Terra Towers Corp., TBS Management S.A., and DT Holdings, Inc. ("Respondents"). Pursuant to Federal Rule of Civil Procedure 5.2(d), Respondents respectfully seek leave to file under seal:

(1) Respondents' Cross-Petition to Vacate the Third Partial Final Award,

(2) Respondents' Memorandum of Law in Opposition to Petition to Confirm and in Support of Cross-Petition to Vacate the Third Partial Final Award, and

(3) Declaration of Michael B. Smith and its exhibits.

The Arbitration out of which this proceeding arises is governed by a procedural order that requires the parties to:

> treat the details of the Arbitration as private and confidential, except to the extent necessary to comply with mandatory applicable laws, including regulatory obligations, court orders, or orders of a regulatory or an administrative body, or to comply with obligations to insurers, auditors, accountants, or investors. In such cases, the disclosure shall not extend

Hon. Lewis A. Kaplan
March 24, 2023
Page 2 of 2

> beyond what is legally required and any non-governmental recipients shall commit to maintain the information in confidence.[1]

This order is consistent with the confidentiality provisions of the parties' underlying Shareholders Agreement, under which each party agreed not to disclose any confidential information disclosed to it by another shareholder or the Company, subject to limited exceptions.[2] The documents listed above contain information covered by the confidentiality order and the Shareholders Agreement.

Respondents will confer with Petitioners concerning possible redactions of these materials. In the meantime, for the reasons discussed above, Respondents respectfully request leave to file under seal their Cross-Petition to Vacate the Third Partial Final Award and supporting documents.

Respectfully submitted,

*/s/ Michael B. Smith*
Michael B. Smith

cc: all Counsel of Record (via ECF)

Granted

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

3/28/23

---

[1] Procedural Order No. 2, ¶ 22 (ECF No. 6-1).
[2] *See* ECF No. 9-1 § 6.03.