## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

TELECOM BUSINESS SOLUTION, LLC, et al,

                      Petitioners,                    22 **CIVIL** 1761 (LAK)

      -against-                                        **JUDGMENT**

TERRA TOWERS CORP. et al,

                      Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 6, 2023, Petitioners' petition to confirm the Third Partial Final Award (TPFA) is GRANTED and Respondents' cross-petition to vacate the Third Partial Final Award (TPFA) is DENIED.

**Dated**: New York, New York
        September 6, 2023

                                                            **RUBY J. KRAJICK**

                                                              Clerk of Court

                                BY:

                                                               **Deputy Clerk**