**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TELECOM BUSINESS SOLUTION, LLC, LATAM TOWERS, LLC, and AMLQ HOLDINGS (CAY) LTD., <br><br> *Petitioners,* <br><br> v. <br><br> TERRA TOWERS CORP. and TBS MANAGEMENT, S.A., <br><br> *Respondents.* <br> TERRA TOWERS CORP., TBS MANAGEMENT, S.A., and DT HOLDINGS, INC. <br><br> *Cross-Petitioners,* <br><br> v. <br><br> TELECOM BUSINESS SOLUTION, LLC, LATAM TOWERS, LLC, and AMLQ HOLDINGS (CAY) LTD., <br><br> *Cross-Respondents.* | No. 22-cv-1761-LAK <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Respondents/Cross-Petitioners Terra Towers Corp, TBS Management, S.A. and Cross-Petitioner DT Holdings, Inc. hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Judgment, dated September 6, 2023 (Dkt. 183), the Memorandum and Opinion, dated September 6, 2023 (Dkt. 182), and from all opinions, orders and rulings subsumed therein or made prior thereto.

Dated: New York, New York
October 5, 2023

*/s/ Juan J. Rodriguez*
Juan J. Rodriguez, Esq.
CAREY RODRIGUEZ LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Phone: 305-372-7474
Fax: 305-372-7475
jrodriguez@careyrodriguez.com
* Admitted Pro Hac Vice

*Counsel for Respondents-Cross-Petitioners Terra Towers Corp.,*
*and TBS Management, S.A., and Cross-Petitioner DT Holdings, Inc.*