

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

December 11, 2023

Gregg L. Weiner
T +1 212 596 9396
gregg.weiner@ropesgray.com

**BY CM/ECF & E-MAIL**

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Telecom Business Solution, LLC, et al., v. Terra Towers Corp., et al.,*
      Civil Action No.: 1:22-cv-01761

Your Honor:

      I am writing on behalf of Petitioners Telecom Business Solution, LLC and LATAM Towers, LLC (collectively, "Peppertree") and AMLQ Holdings (Cay), Ltd. ("AMLQ," together with Peppertree, "Peppertree/AMLQ") in the above-captioned action (the "Action"). On December 7, 2023, counsel for Peppertree/AMLQ filed their letter motion regarding certain filings related to their motion for an anti-suit injunction and the exhibits thereto under seal. ECF No. 192 (the "Letter Motion").

      Although the Letter Motion was, as indicated therein, filed solely on behalf of Peppertree/AMLQ, there was an inadvertent filing error indicating the Letter Motion was filed on behalf of Respondents as well. Counsel for Respondents were also inadvertently not granted access to the Letter Motion. On December 9, 2023, counsel for Peppertree/AMLQ served these filings upon counsel for Respondents via email. Counsel for Peppertree/AMLQ now respectfully request that the docket entry for ECF No. 192 be adjusted to indicate that the Letter Motion was filed solely on behalf of Peppertree/AMLQ, not Respondents, and that the privacy settings on ECF No. 192 be adjusted to allow Opposing Counsel to review and access these filings from the docket.

Respectfully submitted,

/s/ *Gregg L. Weiner*
Gregg L. Weiner

*Counsel for AMLQ Holdings (Cay), Ltd.*

CC: All Counsel of Record