**EXHIBIT A**

| From: | Juan J. Rodriguez |
|---|---|
| To: | Fitzgerald, Ethan; Luke T. Jacobs |
| Cc: | Ungar, Michael; Landman, David; Poldneff, Katherine; Djordjevic, Greg; Weiner, Gregg; Ward, Daniel V.; Danielle Kirby; Ethan B. Rodriguez; Todres, Andrew |
| Subject: | RE: Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al., Case No. 1:22-cv-01761 (S.D.N.Y.) |
| Date: | Monday, November 6, 2023 2:24:59 PM |
| Attachments: | image001.png<br>image003.png<br>image004.png<br>image005.png |

Ethan,

Thank you for following up on this. This fell through the cracks on my end. I have no objection to your filing the Stipulation, and have no objection to your filing your Petition and its accompanying exhibits in the public docket with the exception of the 2PFA which shall remain redacted as previously agreed. JJR

---

**From:** Fitzgerald, Ethan <Ethan.Fitzgerald@ropesgray.com>
**Sent:** Monday, November 6, 2023 12:05 PM
**To:** Juan J. Rodriguez <JRodriguez@careyrodriguez.com>; Luke T. Jacobs <LJacobs@careyrodriguez.com>
**Cc:** Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; Poldneff, Katherine <kpoldneff@ulmer.com>; Djordjevic, Greg <gdjordjevic@ulmer.com>; Weiner, Gregg <Gregg.Weiner@ropesgray.com>; Ward, Daniel V. <Daniel.Ward@ropesgray.com>; Danielle Kirby <dkirby@globaltowersites.com>; Ethan B. Rodriguez <Erodriguez@careyrodriguez.com>; Todres, Andrew <Andrew.Todres@ropesgray.com>
**Subject:** RE: Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al., Case No. 1:22-cv-01761 (S.D.N.Y.)

Juan,

We have not heard from you regarding the below request for your consent to unsealing Peppertree/AMLQ's motion to enjoin the BVI Action. Please provide your consent to our filing the attached stipulation no later than tomorrow, Tuesday, November 7, 2023 at 3 PM ET, or we will instead seek appropriate relief from the court.

Thank you,
Ethan

**Ethan R. Fitzgerald**
**ROPES & GRAY LLP**
T +1 212 596 9262 | M +1 917 623 4787
1211 Avenue of the Americas
New York, NY 10036-8704
Ethan.Fitzgerald@ropesgray.com
www.ropesgray.com
pronouns: he/him/his

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Fitzgerald, Ethan
**Sent:** Tuesday, September 12, 2023 4:29 PM
**To:** 'Juan J. Rodriguez' <JRodriguez@careyrodriguez.com>; Luke T. Jacobs <LJacobs@careyrodriguez.com>
**Cc:** Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; Poldneff, Katherine <kpoldneff@ulmer.com>; Djordjevic, Greg <gdjordjevic@ulmer.com>; Weiner, Gregg <Gregg.Weiner@ropesgray.com>; Ward, Daniel V. <daniel.ward@ropesgray.com>; Danielle Kirby <dkirby@globaltowersites.com>; Ethan B. Rodriguez <Erodriguez@careyrodriguez.com>
**Subject:** RE: Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al., Case No. 1:22-cv-01761 (S.D.N.Y.)

Hi Juan,

Just circling back here to see if there's an update on the below or if you can provide an estimate on timing.

Thanks,
Ethan

---

**From:** Juan J. Rodriguez <JRodriguez@careyrodriguez.com>
**Sent:** Monday, September 11, 2023 4:35 PM
**To:** Fitzgerald, Ethan <Ethan.Fitzgerald@ropesgray.com>; Luke T. Jacobs <LJacobs@careyrodriguez.com>
**Cc:** Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; Poldneff, Katherine <kpoldneff@ulmer.com>; Djordjevic, Greg <gdjordjevic@ulmer.com>; Weiner, Gregg <Gregg.Weiner@ropesgray.com>; Ward, Daniel V. <Daniel.Ward@ropesgray.com>; Danielle Kirby <dkirby@globaltowersites.com>; Ethan B. Rodriguez <Erodriguez@careyrodriguez.com>
**Subject:** RE: Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al., Case No. 1:22-cv-01761 (S.D.N.Y.)


Ethan,
    Let me consult with my co-counsel and get back to you.  JJR


Juan J. Rodriguez
Managing Partner
Carey Rodriguez LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
305-356-5488 (phone)
305-372-7475 (fax)

JRodriguez@careyrodriguez.com
www.careyrodriguez.com



**From:** Fitzgerald, Ethan <Ethan.Fitzgerald@ropesgray.com>
**Sent:** Monday, September 11, 2023 4:32 PM
**To:** Luke T. Jacobs <LJacobs@careyrodriguez.com>; Juan J. Rodriguez <JRodriguez@careyrodriguez.com>
**Cc:** Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; Poldneff, Katherine <kpoldneff@ulmer.com>; Djordjevic, Greg <gdjordjevic@ulmer.com>; Weiner, Gregg <Gregg.Weiner@ropesgray.com>; Ward, Daniel V. <Daniel.Ward@ropesgray.com>
**Subject:** RE: Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al., Case No. 1:22-cv-01761 (S.D.N.Y.)

Juan and Luke,

In light of the public filing of Respondents' papers opposing Peppertree/AMLQ's motion for an anti-suit injunction, Peppertree/AMLQ intend to have the papers filed with their motion re-filed on the public docket, with the exception of the exhibit containing the Second Partial Final Award. As the parties agreed in September 2022 to file a redacted version of the SPFA, we propose filing that version now.

Given that Respondents' papers were filed publicly and that Respondents previously agreed to the redactions to the SPFA, we presume you will have no objection to unsealing Peppertree/AMLQ's papers and have prepared the attached stipulation to that effect. Please confirm that is the case, and we will file accordingly.

Thank you,
Ethan

**Ethan R. Fitzgerald**
**ROPES & GRAY LLP**
T +1 212 596 9262 | M +1 917 623 4787
1211 Avenue of the Americas
New York, NY 10036-8704
Ethan.Fitzgerald@ropesgray.com
www.ropesgray.com
pronouns: he/him/his

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** McDonald, Katherine <Katherine.McDonald@ropesgray.com>
**Sent:** Wednesday, September 14, 2022 10:46 PM

**To:** Luke T. Jacobs <LJacobs@careyrodriguez.com>
**Cc:** Juan J. Rodriguez <JRodriguez@careyrodriguez.com>; Lupkin, Jonathan D. <jlupkin@lupkinpllc.com>; Smith, Michael B. <msmith@lupkinpllc.com>; Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; Poldneff, Katherine <kpoldneff@ulmer.com>; Weiner, Gregg <Gregg.Weiner@ropesgray.com>; Ward, Daniel V. <Daniel.Ward@ropesgray.com>; Djordjevic, Greg <gdjordjevic@ulmer.com>; Fitzgerald, Ethan <Ethan.Fitzgerald@ropesgray.com>
**Subject:** RE: Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al., Case No. 1:22-cv-01761 (S.D.N.Y.)

Luke, we agree to your additional proposed redactions to the Second Partial Final Award (re-attached here). When you file the proposed redactions with the Court, you can indicate that Peppertree/AMLQ agree to them.

**Katherine M. McDonald**
**ROPES & GRAY LLP**
T +1 617 235 4133 | M +1 617 894 2112
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Katherine.McDonald@ropesgray.com
www.ropesgray.com

**From:** Luke T. Jacobs <LJacobs@careyrodriguez.com>
**Sent:** Friday, September 09, 2022 2:31 PM
**To:** McDonald, Katherine <Katherine.McDonald@ropesgray.com>
**Cc:** Juan J. Rodriguez <JRodriguez@careyrodriguez.com>; Lupkin, Jonathan D. <jlupkin@lupkinpllc.com>; Smith, Michael B. <msmith@lupkinpllc.com>; Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; Poldneff, Katherine <kpoldneff@ulmer.com>; Weiner, Gregg <Gregg.Weiner@ropesgray.com>; Ward, Daniel V. <Daniel.Ward@ropesgray.com>; Djordjevic, Greg <gdjordjevic@ulmer.com>; Fitzgerald, Ethan <Ethan.Fitzgerald@ropesgray.com>
**Subject:** RE: Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al., Case No. 1:22-cv-01761 (S.D.N.Y.)


Good Afternoon,

We write for further discussion of the redactions to the Second Partial Final Award. In addition to the prior redactions, Respondents propose two additional redactions to the Award. First, the accusation that Mr. Hernandez either participated in or knew about the embezzlement (p. 28) and second, the accusation that Mr. Hernandez held Mr. Gaitan hostage by armed guard (p. 35/36 and fn 19).

I have attached the Award with the additional proposed redactions.

Please let us know your position on these additional redactions.

Best,
Luke


Luke T. Jacobs
Associate
Carey Rodriguez Milian, LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
305-356-5481 (phone)
305-372-7475 (fax)
LJacobs@careyrodriguez.com
www.careyrodriguez.com



**From:** McDonald, Katherine <Katherine.McDonald@ropesgray.com>
**Sent:** Wednesday, September 7, 2022 4:49 PM
**To:** Luke T. Jacobs <LJacobs@careyrodriguez.com>
**Cc:** Juan J. Rodriguez <JRodriguez@careyrodriguez.com>; Lupkin, Jonathan D. <jlupkin@lupkinpllc.com>; Smith, Michael B. <msmith@lupkinpllc.com>; Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; Poldneff, Katherine <kpoldneff@ulmer.com>; Weiner, Gregg <Gregg.Weiner@ropesgray.com>; Ward, Daniel V. <Daniel.Ward@ropesgray.com>; Djordjevic, Greg <gdjordjevic@ulmer.com>; Fitzgerald, Ethan <Ethan.Fitzgerald@ropesgray.com>
**Subject:** RE: Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al., Case No. 1:22-cv-01761 (S.D.N.Y.)

Thanks, Luke.  We agree with your proposed redactions to the Second Partial Final Award.  When you file the proposed redactions with the Court, you can indicate that Peppertree/AMLQ agree with them.


**Katherine M. McDonald**
**ROPES & GRAY LLP**
T +1 617 235 4133 | M +1 617 894 2112
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Katherine.McDonald@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Luke T. Jacobs <LJacobs@careyrodriguez.com>
**Sent:** Tuesday, September 06, 2022 11:29 AM
**To:** McDonald, Katherine <Katherine.McDonald@ropesgray.com>
**Cc:** Juan J. Rodriguez <JRodriguez@careyrodriguez.com>; Lupkin, Jonathan D. <jlupkin@lupkinpllc.com>; Smith, Michael B. <msmith@lupkinpllc.com>; Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; Poldneff, Katherine <kpoldneff@ulmer.com>; Weiner, Gregg <Gregg.Weiner@ropesgray.com>; Ward, Daniel V. <Daniel.Ward@ropesgray.com>; Djordjevic, Greg <gdjordjevic@ulmer.com>; Fitzgerald, Ethan <Ethan.Fitzgerald@ropesgray.com>
**Subject:** RE: Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al., Case No. 1:22-cv-01761 (S.D.N.Y.)


Hi Katherine,

Please find attached Respondents' proposed redactions of the Second Partial Final Award. In short, Respondents propose two groups of redactions, the names of attorneys for Respondents in the Arbitration, and any mention of the bribery.

It is our position that a joint submission from the parties makes sense from a judicial economy standpoint. If you could let us know if the Petitioners have any additional redactions or objections to our redactions, it would be appreciated.

If the parties cannot come to an agreement, then we can submit separate briefs to the Court.

Luke


Luke T. Jacobs
Associate
Carey Rodriguez Milian, LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
305-356-5481 (phone)
305-372-7475 (fax)
LJacobs@careyrodriguez.com
www.careyrodriguez.com



**From:** McDonald, Katherine <Katherine.McDonald@ropesgray.com>
**Sent:** Friday, September 2, 2022 10:04 AM

**To:** Juan J. Rodriguez <JRodriguez@careyrodriguez.com>; Lupkin, Jonathan D. <jlupkin@lupkinpllc.com>; Smith, Michael B. <msmith@lupkinpllc.com>
**Cc:** Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; Poldneff, Katherine <kpoldneff@ulmer.com>; Weiner, Gregg <Gregg.Weiner@ropesgray.com>; Ward, Daniel V. <Daniel.Ward@ropesgray.com>; Djordjevic, Greg <gdjordjevic@ulmer.com>; Fitzgerald, Ethan <Ethan.Fitzgerald@ropesgray.com>
**Subject:** RE: Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al., Case No. 1:22-cv-01761 (S.D.N.Y.)

Juan,
I am following up on your email from last Friday, August 26, in which you stated that Terra/DTH would file their proposed redactions to the Second Partial Final Award by this past Tuesday, August 30. If Terra/DTH still have not filed their proposed redactions with the Court by Tuesday, September 6 at noon, Peppertree/AMLQ will file their own proposed redactions on Tuesday afternoon.
Thanks,
Katherine McDonald
*Counsel for AMLQ*


**Katherine M. McDonald**
**ROPES & GRAY LLP**
T +1 617 235 4133 | M +1 617 894 2112
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Katherine.McDonald@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Juan J. Rodriguez <JRodriguez@careyrodriguez.com>
**Sent:** Friday, August 26, 2022 11:43 AM
**To:** Djordjevic, Greg <gdjordjevic@ulmer.com>; jsher@shertremonte.com; 'Allan Joseph' <AJoseph@fidjlaw.com>
**Cc:** Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; Poldneff, Katherine <kpoldneff@ulmer.com>; Weiner, Gregg <Gregg.Weiner@ropesgray.com>; Ward, Daniel V. <Daniel.Ward@ropesgray.com>; McDonald, Katherine <Katherine.McDonald@ropesgray.com>
**Subject:** RE: Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al., Case No. 1:22-cv-01761 (S.D.N.Y.)


Greg,
　　　Thank you for reaching out. We will be filing our letter motion with Judge Kaplan and the redacted PFA-2 by Tuesday of next week. As you know, Jonathan Lupkin and his firm are representing Respondents in the new case we filed before the New York Commercial Court. He just entered an appearance as well in the federal action. We are agreeable to your proposed briefing schedule.

JJR

Juan J. Rodriguez
Managing Partner
Carey Rodriguez Milian, LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
305-356-5488 (phone)
305-372-7475 (fax)
JRodriguez@careyrodriguez.com
www.careyrodriguez.com



**From:** Djordjevic, Greg <gdjordjevic@ulmer.com>
**Sent:** Thursday, August 25, 2022 11:50 AM
**To:** Juan J. Rodriguez <JRodriguez@careyrodriguez.com>; jsher@shertremonte.com; 'Allan Joseph' <AJoseph@fidjlaw.com>
**Cc:** Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; Poldneff, Katherine <kpoldneff@ulmer.com>; Gregg.Weiner@ropesgray.com; Ward, Daniel V. <Daniel.Ward@ropesgray.com>; McDonald, Katherine <Katherine.McDonald@ropesgray.com>
**Subject:** RE: Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al., Case No. 1:22-cv-01761 (S.D.N.Y.)

Juan –

I am following up on your email from Friday. Please let me know when Respondents plan to file their proposed redactions to the Second Partial Final Award with the Court. Please also let me know whether Respondents agree to Peppertree/AMLQ's proposed briefing schedule concerning confirmation/*vacatur* of the Second Partial Final Award.

Thanks,

Greg

------
Gregory C Djordjevic
Ulmer & Berne LLP
p 216.583.7414
c 216.440.0719

**From:** Juan J. Rodriguez <JRodriguez@careyrodriguez.com>

**Sent:** Friday, August 19, 2022 2:57 PM
**To:** Djordjevic, Greg <gdjordjevic@ulmer.com>; jsher@shertremonte.com; 'Allan Joseph' <AJoseph@fidjlaw.com>
**Cc:** Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; Poldneff, Katherine <kpoldneff@ulmer.com>; Gregg.Weiner@ropesgray.com; Ward, Daniel V. <Daniel.Ward@ropesgray.com>; McDonald, Katherine <Katherine.McDonald@ropesgray.com>
**Subject:** RE: Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al., Case No. 1:22-cv-01761 (S.D.N.Y.)

Greg,

     Respondents will take the position with the Court that the Second Partial Final Award should remain sealed with narrowly tailored redactions. We will be filing our motion with the Court along with our proposed redactions by the early part of next week. As to your proposed briefing schedule, we are in general agreement with your proposed dates but we are bringing in new counsel to represent the Respondents for the actions pending before Judge Kaplan. Give us until the beginning of next week to confer with our new counsel as to the proposed schedule and we will confirm the briefing schedule by early next week.

     Have a nice weekend. JJR


Juan J. Rodriguez
Managing Partner
Carey Rodriguez Milian, LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
305-356-5488 (phone)
305-372-7475 (fax)
JRodriguez@careyrodriguez.com
www.careyrodriguez.com



**From:** Djordjevic, Greg <gdjordjevic@ulmer.com>
**Sent:** Wednesday, August 17, 2022 5:11 PM
**To:** jsher@shertremonte.com; Juan J. Rodriguez <JRodriguez@careyrodriguez.com>; 'Allan Joseph' <AJoseph@fidjlaw.com>
**Cc:** Ungar, Michael <mungar@ulmer.com>; Landman, David <dlandman@ulmer.com>; Poldneff, Katherine <kpoldneff@ulmer.com>; Gregg.Weiner@ropesgray.com; Ward, Daniel V. <Daniel.Ward@ropesgray.com>; McDonald, Katherine <Katherine.McDonald@ropesgray.com>
**Subject:** Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al., Case No. 1:22-cv-01761 (S.D.N.Y.)

Counsel:

Peppertree/AMLQ write in connection with our August 16 Motion to Seal in the above-referenced action, in which we have sought to file our August 16 Letter-Motion related to the Second Partial Final Award and that award itself under seal. Consistent with the parties' positions regarding the February 24, 2022 Partial Final Award and related briefing, Peppertree/AMLQ do not believe that either the Aug. 16 Letter-Motion or the Second Partial Final Award need to remain under seal. As set forth in the Motion to Seal, we initially filed those documents under seal only out of an abundance of caution and in order to provide you with the opportunity to object to a public filing. We are mindful of the Court's policy favoring open dockets and the stringent requirements for filing—and maintaining—any documents or information under seal.

Accordingly, please promptly advise whether Respondents contend that the Second Partial Final Award or any portion thereof should be filed under seal. If we do not hear from you by 5:00PM EDT on August 19, 2022, we will assume that Respondents agree to publicly file the Second Partial Final Award and will so advise the Court, requesting that the August 16 Letter-Motion and the Second Partial Final Award be unsealed. If, however, Respondents contend that sealing the Second Partial Final Award or any part thereof is necessary, please let us know and you will be free to make an argument to the Court in support of any such continued sealing of the record.

Additionally, consistent with our August 16 Letter-Motion, we wanted to reach out to you to agree on a proposed briefing schedule regarding Claimants' forthcoming Petition to Confirm the Second Partial Final Award that the parties can then present to the Court. Although we are confident that the Second Partial Final Award will be confirmed, we understand from yesterday's conversations with Terra's counsel that Respondents plan to move to vacate the Second Partial Final Award. As such, we propose the following briefing schedule, which is consistent with how the parties agreed to brief confirmation/*vacatur* of the Tribunal's First Partial Final Award:

- Sept. 16 – Petition to Confirm/memo in support;
- Oct. 14 – Petition to Vacate/memo in support/Opposition to Petition to Confirm;
- Nov. 11– Opposition to Petition to Vacate/reply ISO petition to confirm; and
- Nov. 30 – Reply ISO Petition to Vacate.

Please let us know if you agree to this schedule.

Regards,

Greg

**Gregory C Djordjevic**



DIRECT:  216.583.7414
DIRECT FAX:  216.583.7415

MOBILE:  440.670.4146

gdjordjevic@ulmer.com  |  bio  |  vcard

**Ulmer & Berne LLP**
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406
MAIN:  216.583.7000

Ulmer.com





ULMER & BERNE LLP - CONFIDENTIAL COMMUNICATION

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, please be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at 216.583.7000 or by reply email to the sender. Please delete this email and its attachments from your system and do not retain any copies. You will be reimbursed for reasonable costs incurred in notifying us.