**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TELECOM BUSINESS SOLUTION, LLC, LATAM TOWERS, LLC, and AMLQ HOLDINGS (CAY) LTD.,

    Petitioners,

-against-

TERRA TOWERS CORP., TBS MANAGEMENT, S.A., and DT HOLDINGS, INC.

    Respondents.

---

TERRA TOWERS CORP., TBS MANAGEMENT, S.A., and DT HOLDINGS, INC.

    Cross-Petitioners,

-against-

TELECOM BUSINESS SOLUTION, LLC, LATAM TOWERS, LLC, and AMLQ HOLDINGS (CAY) LTD.,

    Cross-Respondents.

---

# MEMO ENDORSED

Case No. 1:22-cv-01761-LAK

**CROSS-PETITION TO VACATE FOURTH PARTIAL FINAL AWARD**

*Denied. See other order of this date.*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
2/8/24

---

Respondents/Cross-Petitioners Terra Towers Corp., TBS Management, S.A. (together, "**Terra**"), and DT Holdings, Inc. ("**DTH**"), as and for their cross-petition against Respondents Telecom Business Solution, LLC, LATAM Towers, LLC (together, "**Peppertree**"), and AMLQ Holdings (Cay) LTD ("**AMLQ**") for an order vacating the April 10, 2023, Fourth Partial Final Award ("**4PFA**") issued by the tribunal presiding over the arbitration styled *Telecom Business*