MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
TELECOM BUSINESS SOLUTION, LLC, *et al.*,  : Civil Action No.: 1:22-cv-01761
                                           :
                    Petitioners,           : Judge Lewis A. Kaplan
        v.                                 :
                                           : Magistrate Judge Robert W.
TERRA TOWERS CORP., *et al.*,              : Lehrburger
                                           :
                    Respondents.           : ~~FILED UNDER SEAL~~
-------------------------------------------------------------------- X

## PETITION TO CONFIRM FOURTH PARTIAL FINAL AWARD

Petitioners Telecom Business Solution, LLC, LATAM Towers, LLC (collectively, "Peppertree"), and AMLQ Holdings (Cay) Ltd. ("AMLQ," and together with Peppertree, "Peppertree/AMLQ") allege as follows:

### NATURE OF THE PROCEEDING AND RELIEF SOUGHT

1.      Peppertree/AMLQ seek the confirmation of the Fourth Partial Final Award dated February 22, 2023 (the "4th PFA") pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 9, and the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "New York Convention"), 9 U.S.C. § 207. A true and accurate copy of the 4th PFA is attached as Exhibit 5 to the Declaration of Gregg L. Weiner, dated May 2, 2023 (the "Weiner Declaration" or "Weiner Decl.").[1]

---

[1] To avoid redundancy and duplicative filings, this Petition relies on, and cites to, documents that are already before this Court via "ECF No.". Peppertree/AMLQ expressly incorporate their Petition to Confirm the 3rd PFA [ECF No. 131], their Memorandum of Law in Support of their Petition to Confirm the 3rd PFA [ECF No. 132], and the Declaration of Gregg L. Weiner in Support of the Petition to Confirm the 3rd PFA, as well as all exhibits attached thereto [ECF No. 133], herein by reference. Documents not yet before this Court are attached to the Weiner Declaration dated May 2, 2023. Unless otherwise noted, all exhibit references herein refer to exhibits to the Weiner Declaration dated May 2, 2023.

<u>Memorandum Endorsement</u>    <u>Telecom Bus. Sol. LLC v. Terra Towers Corp., 22-cv-1761 (LAK)</u>

      Respondents' sole basis for resisting confirmation of the 4thPFA and vacating that award is their previously rejected contention that the TPFA should not have been confirmed and should have been vacated.

      Accordingly, this petition is granted and the 4th PFA is confirm. The cross-motion to vacate the 4th PFA is denied.

      SO ORDERED.

Dated:      February 8, 2024

                                                           _____
                                                                 Lewis A. Kaplan
                                                           United States District Judge