UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TELECOM BUSINESS SOLUTION, LLC, *et al.*,

                     Petitioners,                                  22 **CIVIL** 1761 (LAK)

        -against-                                         **JUDGMENT**

TERRA TOWERS CORP., *et al.*,

                     Respondents.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed dated February 8, 2024, Respondents' sole basis for resisting confirmation of the 4thPFA and vacating that award is their previously rejected contention that the TPFA should not have been confirmed and should have been vacated. Accordingly, this petition is granted and the 4th PFA is confirmed. The cross-motion to vacate the 4th PFA is denied.

**Dated**: New York, New York
           February 8, 2024

                                                                          **RUBY J. KRAJICK**
                                                                           **Clerk of Court**

                                                   **BY:**
                                                                            _____
                                                                                   **Deputy Clerk**