USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
TELECOM BUSINESS SOLUTIONS, LLC, *et al.*,

                Petitioners,

-against-                                                                22-cv-1761 (LAK)

TERRA TOWERS CORP., *et al.*,

                Respondents.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The following schedule shall govern the submission of papers and of argument concerning petitioners' motion for a preliminary and permanent injunction and for civil contempt sanctions:

- All papers in opposition to the motion shall be filed no later than 5 p.m. on March 26, 2025.
- Petitioners' reply papers in support of the motion shall be filed no later than 5 p.m. on April 2, 2025.
- The Court will hear argument at 2 p.m. on April 9, 2025 in Courtroom 21B.

        As Mr. Smith, who appeared on behalf of respondents in the video conference held this morning, is not a member of the Bar of this Court and does not yet have electronic filing privileges, petitioners' counsel shall send a copy of this order to him forthwith by electronic means.

        SO ORDERED.

Dated:    March 19, 2025

                                                              Lewis A. Kaplan
                                                              United States District Judge