UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
TELECOM BUSINESS SOLUTIONS, LLC, *et al.*,

                Petitioners,

     -against-                                    22-cv-1761 (LAK)

TERRA TOWERS CORP., *et al.*,

                Respondents.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        Section 5.1 of this Court's ECF rules and instructions has provided in pertinent part at least since July 2023:

> "Filing Users must submit all documents referenced as exhibits or attachments in electronic form, unless the Court permits paper filing. Each document filed as an exhibit must be filed as a separately numbered attachment to the main document *and must be clearly titled with an objective description of the document (e.g., 6/14/19 Deposition of John Doe; 10/14/21 Letter from Smith to Jones; 3/15/20-3/23/20 Email Thread between Doe and Roe) so that the nature of the exhibit and its relevance are clearly discernible without the need to open the file.*" (Emphasis added)

        Several of the petitioners' recent electronic filings (Dkt 259-263) have not complied with the italicized portion of the rule. As the materials in question number about 200 exhibits totaling several thousand pages, petitioners shall bring these entries into compliance as promptly as possible.

        SO ORDERED.

Dated:    April 2, 2025

                                                  Lewis A. Kaplan
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/25