5/5/25, 10:16 PM          GST LLP Mail - Fw: Memorandum Opinion Granting Anti-Suit Injunction and Coercive Civil Contempt Remedies

Case 1:22-cv-01761-LAK     Document 399-1     Filed 05/05/25     Page 1 of 3



Quinn Smith <quinn.smith@gstllp.com>

## Fw: Memorandum Opinion Granting Anti-Suit Injunction and Coercive Civil Contempt Remedies

**Andrés Porras** <aporras@terratowerscorp.com>                                                         Mon, May 5, 2025 at 7:45 PM
To: "diego.gosis@gstllp.com" <diego.gosis@gstllp.com>, "quinn.smith@gstllp.com" <quinn.smith@gstllp.com>
Cc: "asagastume@terratowerscorp.com" <asagastume@terratowerscorp.com>, Danielle Kirby <dkirby@illuminationtechnologies.com>

███████████████████████████████████████████████████████████

---

**From:** Antonieta Granillo <agranillo@continentaltowerscorp.com>
**Sent:** Monday, May 5, 2025 5:39:26 PM
**To:** John Ranieri <jranieri@peppertreecapital.com>
**Cc:** Howard Mandel <HMandel@peppertreecapital.com>; Alejandro Sagastume <asagastume@terratowerscorp.com>; Andrés Director Porras Castillo <aporras@terratowerscorp.com>; Ryan Flanagan <ryan.flanagan@gs.com>
**Subject:** Memorandum Opinion Granting Anti-Suit Injunction and Coercive Civil Contempt Remedies

Mr. Ranieri,

In relation to your e-mail, I would like to inform you that as from the communication received on the 3rd of this month, in which Mr. Andres Porras made of my knowledge of the judicial resolution (Judge Kaplan), I have taken the pertinent actions in order to comply with the order.

Please allow me to send a translated copy of the e-mails to which I refer.

Regards,

_____-

Begin forwarded message:

**From:** Antonieta Granillo <agranillo@continentaltowerscorp.com>
**Date:** 4 May 2025 at 8:24:18 PM GMT-6
**To:** aporras@terratowerscorp.com
**Cc:** Alejandro Sagastume <asagastume@terratowerscorp.com>
**Subject: Re: La Acción en El Salvador**

Dear Mr. Porras,

I have received the attached document in your mail, which is still being reviewed by us. Highlighting the fact that CTowers SV and myself are not part of this process in the US I have never been notified in the same, as well as there is no link with DTH as indicated.

Regarding the instructions provided, the pertinent steps will be taken on my part for its compliance. Notwithstanding the foregoing, I submit to your knowledge the situation in the Supreme Court of Justice of El Salvador since last Wednesday, April 29, 2025 (attached communication in force to date), which complicates its execution.

In addition to pointing out that the indicated term is limited to completing the procedure before the Constitutional Chamber.

I hereby inform you of the above for the pertinent considerations.

Atte.

_____

Begin forwarded message:

**From:** Antonieta Granillo <agranillo@continentaltowerscorp.com>
**Date:** 4 May 2025 at 8:35:12 PM GMT-6
**To:** aporras@terratowerscorp.com
**Cc:** Alejandro Sagastume <asagastume@terratowerscorp.com>
**Subject: Re: La Acción Relacionada con el El Salvador en BVI**

Mr. Porras,

I received the document you sent via email, and it is still being reviewed. I would like to emphasize that CTowers SV and I are not involved in the process being heard in the US. I have never been notified of it, nor is there any connection with DTH, as indicated.

Nevertheless, in accordance with the instructions, I will request that the advisors in that country proceed as instructed. Please note that the procedure must be carried out before a competent judge. This is for the purposes of the execution term indicated in the document you sent me.

Nothing further for the moment.

Atte,

_____

**From:** Antonieta Granillo <agranillo@continentaltowerscorp.com>
**Date:** 5 May 2025 at 12:14:28 PM GMT-6
**To:** aporras@terratowerscorp.com
**Cc:** Alejandro Sagastume <asagastume@terratowerscorp.com>
**Subject: Re: La Acción en El Salvador**

In addition to my previous email, as I indicated therein, the document has been reviewed and indicates that, in addition to referring to me personally, it also refers to CT El Salvador (as previously mentioned, without being parties to said proceedings and without any notification or legal procedure that would make said proceedings binding). Consequently, I hereby EXPRESS:

That despite the lack of involvement in the proceedings and the aforementioned, after reading the resolution, I am taking the necessary steps to comply with the instruction; this, taking into consideration the effect such an order represents.

In my capacity as General Manager and legal representative of CTowers SV, in order to also proceed on behalf of the Salvadoran company I represent, I request that you forward to me, the board resolution (of the partner entity) that records the instruction agreed upon by the directors.

_____

On 5 May 2025, at 9:16 AM, John Ranieri <jranieri@peppertreecapital.com> wrote:

Representatives and Agents of Terra Towers Corp., TBS Management S.A., and DT Holdings, Inc.:

Regarding the recent order from Judge Kaplan of the United States District Court for the Southern District of New York granting the Motion for Anti-Suit Injunction and Contempt Sanctions, attached please find both Judge Kaplan's Order and a letter notifying all recipients of that Order and your binding compliance obligations thereto.

John Ranieri


John J. Ranieri
Peppertree Capital Management, Inc.
57 E. Washington Street
Chagrin Falls, Ohio 44022
440-528-0166 direct dial
216-253-0517 mobile
440-528-0334 fax
www.peppertreecapital.com


<295 - 2025-04-22 Memorandum Opinion Granting Anti-Suit Injunction and Coercive Civil Contempt Remedies.pdf>
<Injunctive Order Compliance Ltr.pdf>