UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TELECOM BUSINESS SOLUTION, LLC, *et al.*,

                Petitioners,

    -against-                                22-cv-1761 (LAK)

TERRA TOWERS CORP., *et al.*,

                Respondents.
------------------------------------------------------------x

**ORDER**

All papers in opposition to the motion for extension of time to file a motion for reconsideration (Dkt 298) and the motion to stay civil contempt sanctions (Dkt 299) shall be filed no later than 5 p.m. on May 9, 2025. Any reply papers in support of either motion shall be filed no later than 5 p.m. on May 12, 2025.

SO ORDERED.

Dated:    May 6, 2025

                                                                           Lewis A. Kaplan
                                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/06/2025