UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Telecom Business Solution, LLC, *et al.*, | Civil Action No.: 1:22-cv-01761 |
| Petitioners, | Judge Lewis A. Kaplan |
| v. | Magistrate Judge Robert W. Lehrburger |
| Terra Towers Corp., *et al.*, | |
| Respondents. | |

### DECLARATION OF JORGE HERNANDEZ

Pursuant to 28 U.S.C. § 1746, I, Jorge Hernandez, declare the following:

1. I am a Guatemalan citizen. I reside in Guatemala. I am not a citizen of the United States, nor have I ever been. I am not a permanent resident of the United States, nor have I ever been.

2. I have reviewed the Affidavit of Abraham Klein (the "Klein Affidavit"). I do not own 2500 Spring Mountain Road, St. Helena, California (the "Property"). I have never owned it.

3. I was not at the Property on March 28, 2025. I was in Guatemala.

4. My son, Jorge Hernández Anguiano, resides at the Property. My son does not work for me. He is not authorized to accept service.

5. I visit my son on occasion, but very infrequently. I have not been to the Property this year.

6. By making this declaration, I am not submitting myself to the jurisdiction of this Court. I understand that a motion to quash service has been filed on my behalf.

Dated: May 8, 2025

