UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Telecom Business Solution, LLC, *et al.*, | Civil Action No.: 1:22-cv-01761 |
| Petitioners, | Judge Lewis A. Kaplan |
| v. | Magistrate Judge Robert W. Lehrburger |
| Terra Towers Corp., *et al.*, | |
| Respondents. | |

### DECLARATION OF JORGE HERNANDEZ ANGUIANO

Pursuant to 28 U.S.C. § 1746, I, Jorge Hernandez Anguiano, declare the following:

1. I have seen the Affidavit of Service by Abraham Klein (the "Klein Affidavit"). This declaration responds to paragraphs 4, 6, and 7 of the Klein Affidavit.

2. I am the son of Jorge Hernández. I live at 2500 Spring Mountain Road, St. Helena, California.

3. My father does not live at 2500 Spring Mountain Road. My mother is Ana Hernández. She also does not live at 2500 Spring Mountain Road.

4. I never told Mr. Klein that either or both of my parents live with me.

5. I never stated that I would accept service on behalf of my father.

6. My father lives in Guatemala. As far as I know, this is his permanent residence.

7. I do not work with my father. I am not an employee, director, or officer of any of the parties to the lawsuit.

8. I have never been authorized to accept service on behalf of my father.

Dated: May 8, 2025

_____
Jorge Hernández Anguiano