

Quinn Smith <quinn.smith@gstllp.com>

## RV: Desistimiento Amparo

**aporras@terratowerscorp.com** <aporras@terratowerscorp.com>                      Mon, May 12, 2025 at 4:01 PM
To: "Diego B. Gosis" <diego.gosis@gstllp.com>, Quinn Smith <quinn.smith@gstllp.com>
Cc: Danielle Kirby <dkirby@illuminationtechnologies.com>, Alejandro Sagastume <asagastume@terratowerscorp.com>

**De:** aporras@terratowerscorp.com <aporras@terratowerscorp.com>
**Enviado el:** lunes, 12 de mayo de 2025 14:00
**Para:** 'Howard Mandel' <hmandel@peppertreecapital.com>; 'John Ranieri' <jranieri@peppertreecapital.com>
**CC:** 'Alejandro Sagastume' <asagastume@terratowerscorp.com>
**Asunto:** RV: Desistimiento Amparo

Class B Shareholders board members,

Below you will find a sequence of emails sent to Class A shareholders board members by Ms. Antonieta Granillo, in which she is sending "FYI's" about having sent to the Constitutional Court of El Salvador the withdrawal of proceedings of the "El Salvador Action" and the response by the court of having received it; emails dated May 5 and May 6, respectively.

Regards,

On behalf of A Shareholders board members

**Andrés Porras Castillo**

**Director**

**Continental Towers LATAM Holdings, Ltd.**

[Quoted text hidden]