USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TELECOM BUSINESS SOLUTION, LLC, *et al.*,

                Petitioners,

        -against-                              22-cv-1761 (LAK)

TERRA TOWERS CORP., *et al.*,

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

The motion for an extension of time for non-parties Telecom Business Solution S.R.L., Continental Towers Peru, S.R.L., Collocation Technologies Peru, S.R.L., Magali Marino Ascarrunz, and Alejandro Garzaro Perez to file a motion for reconsideration of this Court's April 22 Memorandum Opinion Granting Anti-Suit Injunction and Coercive Civil Contempt Remedies (Dkt 298) is granted. Any motion for reconsideration shall be filed no later than May 19, 2025. Any papers in opposition shall be filed no later than May 27, 2025 and any reply papers shall be filed no later than May 29, 2025.

SO ORDERED.

Dated:     May 14, 2025

                                                                     Lewis A. Kaplan
                                                         United States District Judge