**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Telecom Business Solution, LLC, *et al.*,

      Petitioners,

v.

Terra Towers Corp., *et al.*,

      Respondents.

Civil Action No.: 1:22-cv-01761

Judge Lewis A. Kaplan

Magistrate Judge Robert W. Lehrburger

---

### NOTICE OF MOTION FOR RECONSIDERATION OF, OR ALTERNATIVELY, FOR RELIEF FROM APRIL 22, 2025 MEMORANDUM OPINION [DE 295]

PLEASE TAKE NOTICE that, upon the accompanying Motion for Reconsideration and the supporting (i) Memorandum of Law dated May 19, 2025 and (ii) the Declarations of Magali Merino Ascarrunz, and Alejandro Garzaro Perez, dated May 19, 2025, and exhibits thereto, as well as the Court's May 14, 2025 extension order (ECF No. 316), non-parties—Telecom Business Solution S.R.L., Continental Towers Peru, S.R.L., Collocation Technologies Peru, S.R.L., Magali Merino Ascarrunz, and Alejandro Garzaro Perez (the "Peru Non-Parties")—by and through their undersigned counsel, hereby move this Court for an order pursuant to Local Civil Rule 6.3 and Rules 59 and 60(b) of the Federal Rules of Civil Procedure, for reconsideration of, or in the alternative, for relief from, the Court's *Memorandum Opinion Granting Anti-Suit Injunction and Coercive Civil Contempt Remedies* (ECF No. 295), which was entered on April 22, 2025.

Dated: May 19, 2025                          Respectfully submitted,

                                             *s/ Eduardo De la Peña Bernal*

**PRYOR CASHMAN LLP**                        **SHUTTS & BOWEN LLP**
James Stephen O'Brien , Jr                    Eduardo De la Peña Bernal
Erik Bakke                                    Aliette D. Rodz
7 Times Square, Ste. 40th Floor               Martha Ferral
New York City, NY 10036                       200 S. Biscayne Blvd., Ste. 4100
(212) 421-4100                                Miami, FL 33131
Fax: (212) 326-0806                           (305) 358-6300
ebakke@pryorcashman.com                       edelapena@shutts.com
jobrien@pryorcashman.com                      arodz@shutts.com
                                              mferral@shutts.com

*Counsel for Peru Non-Parties, Telecom Business Solution S.R.L.,*
*Continental Towers Peru, S.R.L., Collocation Technologies Peru, S.R.L.,*
*Magali Marino Ascarrunz, and Alejandro Garzaro Perez*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on May 19, 2025.

Notice of this filing will be sent to all counsel of record through the Court's electronic notice

system.

                                             */s/ Eduardo De la Peña Bernal*