UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
TELECOM BUSINESS SOLUTIONS, LLC, *et al.*,

               Petitioners,

      -against-                                          22-cv-1761 (LAK)

TERRA TOWERS CORP., *et al.*,

               Respondents.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       After hearing the parties orally, the proposed order to show cause with emergency relief (Dkt 329) is denied without prejudice to renewal in the manner and for the reasons stated on the record in open court. The limited expedited discovery allowed shall proceed on the schedule established on the record.

       SO ORDERED.

Dated:     May 21, 2025

                                                    Lewis A. Kaplan
                                             United States District Judge