## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Telecom Business Solution, LLC, *et al.*, | Civil Action No. 1:22-cv-01761 |
| Petitioners, | |
| v. | Judge Lewis A. Kaplan |
| Terra Towers Corp., *et al.*, | Magistrate Judge Robert W. Lehrburger |
| Respondents. | |

## NOTICE OF APPEAL

NOTICE is hereby given that Terra Towers Corp., TBS Management S.A. and DT Holdings Inc., appeal to the United States Court of Appeals for the Second Circuit from the Order entered on April 22, 2025 ("Order") (ECF No. 295); from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Order; and from any and all adverse orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Order, that shaped the Order, that are related to the Order, or upon which the Order is based.

Dated: May 21, 2025

Respectfully submitted,

/s/
Rodney Quinn Smith II
(admitted *pro hac vice*)
**GST LLP**
78 SW 7th Street, Suite 500
Miami, FL 33130
Phone: (305) 856-7723
quinn.smith@gstllp.com

*Counsel for Respondents*

/s/
Lucila I. M. Hemmingsen
**The Fladgate Firm PC**
305 Broadway, 7th Floor
New York, NY
Phone: (646) 369-5843
lh@hemmingsenadr.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2025, a copy of this filing was delivered via ECF on all counsel of record.

<u>/s/ Quinn Smith</u>