UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Telecom Business Solution, LLC, *et al.*, | Civil Action No. 1:22-cv-01761 |
| Petitioners, | |
| v. | Judge Lewis A. Kaplan |
| Terra Towers Corp., *et al.*, | Magistrate Judge Robert W. Lehrburger |
| Respondents. | |

NOTICE OF FILING

NOTICE is hereby given of filing the Declaration of Jorge Hernandez in relation to the Order entered on April 22, 2025. ECF No. 295.

Dated: May 21, 2025

/s/
Rodney Quinn Smith II
(admitted *pro hac vice*)
**GST LLP**
78 SW 7th Street, Suite 500
Miami, FL 33130
Phone: (305) 856-7723
quinn.smith@gstllp.com

*Counsel for Respondents*

Respectfully submitted,

/s/
Lucila I. M. Hemmingsen
**The Fladgate Firm PC**
305 Broadway, 7th Floor
New York, NY
Phone: (646) 369-5843
lh@hemmingsenadr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2025, a copy of this filing was delivered via ECF on all counsel of record.

<u>*/s/ Quinn Smith*</u>