June 6, 2025

| | |
|---|---|
| Gregg L. Weiner | Michael N. Ungar |
| Ropes & Gray LLP | UB Greensfelder LLP |
| 1211 Avenue of the Americas | 1660 W. 2nd Street, Ste. 1100 |
| New York, NY 10036 | Cleveland, Ohio 44113 |

**BY CM/ECF & HAND DELIVERY**

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: ***Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al.,*** No. 22-cv-01761

Your Honor:

      We represent Petitioners Telecom Business Solution, LLC and LATAM Towers, LLC (collectively, "Peppertree"), and AMLQ Holdings (Cay), Ltd. ("AMLQ," together with Peppertree, "Petitioners") in the above-captioned action. Petitioners write to notify the Court that Appendix A to Petitioners' 33-page Memorandum of Law in Support of their Motion for Further Findings of Civil Contempt and Sanctions (the "Motion") due today, contains a 10-page timeline. That timeline charts nearly five years of proceedings and other components of the voluminous evidentiary record relevant to the Motion, and is thus being provided for the convenience of the Court, and to aid the Court in its review of the Motion. Appendix A does not contain legal argument. Out of an abundance of caution, pursuant to Local Civil Rule 7.1(d) and the Court's Individual Practices, Petitioners respectfully seek leave to submit this Appendix A. We thank the Court for its consideration of this request.

Respectfully submitted,

| | |
|---|---|
| *s/ Gregg L. Weiner* | *s/ Michael N. Ungar* |
| Gregg L. Weiner | Michael N. Ungar |
| | |
| *Counsel for AMLQ Holdings (Cay), Ltd.* | *Counsel for Telecom Business Solution, LLC and LATAM Towers, LLC* |