**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TELECOM BUSINESS SOLUTION, LLC, *et al.*,<br>　　　　Petitioners,<br><br>　　　　v.<br><br>TERRA TOWERS CORP., *et al.*,<br>　　　　Respondents. | Civil Action No. 1:22-cv-01761<br><br>Judge Lewis A. Kaplan<br><br>Magistrate Judge Robert W. Lehrburger |

### NOTICE OF MOTION FOR
### FURTHER FINDINGS OF CIVIL CONTEMPT AND SANCTIONS

PLEASE TAKE NOTICE that, upon the accompanying (i) Memorandum of Law in Support of the Motion for Further Findings of Civil Contempt and Sanctions and appendix thereto (the "Memorandum"), (ii) Declaration of Gregg L. Weiner in Support of the Motion for Further Findings of Civil Contempt and Sanctions dated June 6, 2025, and exhibits thereto, and (iii) Proposed Order, Petitioners Telecom Business Solution, LLC, LATAM Towers, LLC, and AMLQ Holdings (Cay) Ltd., by and through undersigned counsel, hereby move this Court for an Order granting the relief requested in the Memorandum and Proposed Order, and granting such other and further relief as the Court deems just and proper.

Dated: June 6, 2025　　　　　　　　　　　　Respectfully Submitted,

By: */s/ Michael N. Ungar*　　　　　　　　By: */s/ Gregg L. Weiner*
Michael N. Ungar　　　　　　　　　　　　Gregg L. Weiner
(admitted *pro hac vice*)　　　　　　　　　Andrew S. Todres
Katherine M. Poldneff　　　　　　　　　　Ethan R. Fitzgerald
**UB GREENSFELDER LLP**　　　　　　　**ROPES & GRAY LLP**
1660 West 2nd Street, Suite 1100　　　　　1211 Avenue of the Americas
Cleveland, Ohio 44113-1406　　　　　　　New York, New York 10036-8704
Phone: (216) 583-7000　　　　　　　　　　Phone: (212) 596-9000
Fax:　 (216) 583-7001　　　　　　　　　　Fax:　 (212) 596-9090
mungar@ubglaw.com　　　　　　　　　　gregg.weiner@ropesgray.com

kpoldneff@ubglaw.com

David A. Landman
**UB GREENSFELDER LLP**
1700 Broadway, Suite 1802
New York, New York 10019-7710
Phone: (917) 262-0470
Fax:    (917) 262-0480
dlandman@ubglaw.com

*Counsel for Petitioners Telecom Business Solution, LLC and LATAM Towers, LLC*

andrew.todres@ropesgray.com
ethan.fitzgerald@ropesgray.com

Daniel V. Ward
(admitted *pro hac vice*)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Phone: (617) 951-7000
Fax:    (617) 951-7050
daniel.ward@ropesgray.com

*Counsel for Petitioner AMLQ Holdings (Cay), Ltd.*