```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TELECOM BUSINESS SOLUTION, LLC, :
LATAM TOWERS, LLC, and
AMLQ HOLDINGS (CAY) LTD.,       :          No. 22-cv-1761-LAK

           Petitioners,      :

v.                              :

TERRA TOWERS CORP., TBS         :
MANAGEMENT, S.A., and DT
HOLDINGS, INC.,                 :

           Respondents.     :

---

### [PROPOSED] ORDER FOR RELEASE OF RESTRICTED DOCUMENTS

**WHEREAS**, pursuant to Court orders, various documents have been filed under seal in this action and are restricted to selected parties; and

**WHEREAS**, non-parties Telecom Business Solution S.R.L., Continental Towers Peru, S.R.L., Collocation Technologies Peru, S.R.L., Magali Marino Ascarrunz, and Alejandro Garzaro Perez (the "Peru Non-Parties") filed their Notice of Appearance on May 5, 2025 (ECF Nos. 296-297); and

**WHEREAS**, the Peru Non-Parties have appeared for the limited purpose of contesting the Court's Memorandum Opinion Granting Anti-Suit Injunction and Coercive Civil Contempt Remedies (the "Injunction") (ECF No. 295) as it pertains to them; and

**WHEREAS**, it is necessary for the Peru Non-Parties to have access to all documents filed in this action in connection with the Injunction;

**NOW, THEREFORE**, the Clerk of Court is directed to add the Peru Non-Parties to the selected parties list and/or take whatever steps are required to allow the Peru Non-Parties access to all documents filed in this action.

**IT IS SO ORDERED**

Dated 6/9/25

_____
Lewis A. Kaplan
United States District Judge
Southern District of New York