```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TELECOM BUSINESS SOLUTIONS, LLC, *et al.*,

                Petitioners,

      -against-                                       22-cv-1761 (LAK)

TERRA TOWERS CORP., *et al.*,

                Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER GRANTING MOTION TO COMPEL COMPLIANCE
### WITH INFORMATION SUBPOENAS AND SUBPOENAS DUCES TECUM

LEWIS A. KAPLAN, *District Judge.*

        Petitioners on or about April 11, 2025 served restraining notices, information subpoenas and subpoenas duces tecum on (a) Terra Towers Corp., (b) TBS Management, S.A. , and (c) DT Holdings, Inc. (collectively "Respondents"). Respondents each obtained one or more extensions of time within which to respond. The extended periods of time now have expired.

        On June 6, 2025, petitioners moved for an order compelling responses to the information subpoenas and subpoenas duces tecum, asserting that Respondents had not complied with the subpoenas served upon them. At an argument yesterday on another motion, Respondents' counsel stated that Respondents had not respond because they intend to pay the money owed and that they did not intend to file papers with respect to petitioners' motion to compel. The Court directed that they comply forthwith with the requests.

        For the sake of clarity of the record, petitioners' motion to compel (Dkt 364) is hereby granted to the extent that Respondents each are directed forthwith to provide petitioners with full and complete responses to the information subpoenas and subpoenas duces tecum served on each of them. Respondents are advised that any failure to comply with this order may constitute civil and/or criminal contempt of court.

        SO ORDERED.

Dated:      June 18, 2025

                                                                       /s/ Lewis A. Kaplan
                                                                  _____
                                                                         Lewis A. Kaplan
                                                                  United States District Judge