UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ---------------------------------------------------------------- X | |
| TELECOM BUSINESS SOLUTION, LLC, *et al.*, | Civil Action : 1:22-cv-01761 |
| Petitioners, | Judge Lewis A. Kaplan |
| v. | |
| TERRA TOWERS CORP., *et al.*, | Magistrate Judge Robert W. Lehrburger |
| Respondents. | |
| ---------------------------------------------------------------- X | |

## NOTICE OF MOTION FOR CIVIL AND/OR CRIMINAL CONTEMPT SANCTIONS AGAINST RESPONDENTS FOR CONTINUED NON-COMPLIANCE WITH INFORMATION SUBPOENAS AND SUBPOENAS *DUCES TECUM*

PLEASE TAKE NOTICE that, upon the accompanying (i) Memorandum of Law in Support of the Motion for Civil and/or Criminal Contempt Sanctions against Respondents for Continued Non-Compliance with Information Subpoenas and Subpoenas *Duces Tecum* (the "Memorandum"); and (ii) the Declaration of Katherine M. Poldneff in Support of the Motion for Civil and/or Criminal Contempt Sanctions against Respondents for Continued Non-Compliance with Information Subpoenas and Subpoenas *Duces Tecum*, and exhibits thereto, Petitioners Telecom Business Solution, LLC, LATAM Towers, LLC, and AMLQ Holdings (Cay), Ltd., by and through undersigned counsel, hereby move this Court for an Order granting the relief requested in the Memorandum and Proposed Order, and granting such other and further relief as the Court deems just and proper.

Dated: June 25, 2025                                    Respectfully submitted,

By: */s/ Michael N. Ungar*                              By: */s/ Gregg L. Weiner*
Michael N. Ungar                                        Gregg L. Weiner
(admitted *pro hac vice*)                               Andrew S. Todres
Katherine M. Poldneff                                   Ethan R. Fitzgerald
Ashtyn N. Saltz                                         **ROPES & GRAY LLP**

4930-9074-7728, v. 1

2

(admitted *pro hac vice*)
**UB GREENSFELDER LLP**
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406
Phone: (216) 583-7000
Fax:    (216) 583-7001
mungar@ubglaw.com
kpoldneff@ubglaw.com
asaltz@ubglaw.com

David A. Landman
**UB GREENSFELDER LLP**
1700 Broadway, Suite 1802
New York, New York 10019-7710
Phone: (917) 262-0470
Fax:    (917) 262-0480
dlandman@ubglaw.com

*Counsel for Petitioners Telecom Business Solution, LLC and LATAM Towers, LLC*

1211 Avenue of the Americas
New York, New York 10036-8704
Phone: (212) 596-9000
Fax:    (212) 596-9090
gregg.weiner@ropesgray.com
andrew.todres@ropesgray.com
ethan.fitzgerald@ropesgray.com

Daniel V. Ward
(admitted *pro hac vice*)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Phone: (617) 951-7000
Fax:    (617) 951-7050
daniel.ward@ropesgray.com

*Counsel for Petitioner AMLQ Holdings (Cay), Ltd.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on June 24, 2025. Notice of this filing will be sent to all counsel of record through the Court's electronic notice system.

*/s/ Michael N. Ungar*
*Counsel for Telecom Business Solution, LLC and LATAM Towers, LLC*

3