**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TELECOM BUSINESS SOLUTION, LLC, et al.,

                              Petitioners,
      -against-                                                22 **CIVIL** 1761 (LAK)

                                                                            **JUDGMENT**

TERRA TOWERS CORP., et al.,

                              Respondents.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated July 21, 2025, the foregoing constitute the Court's findings of fact and conclusions of law. Petitioners' motion for an anti-suit injunction and civil contempt sanctions (Dkt 243) is granted with respect to non-party Jorge Hernandez to the extent hereafter set forth. As of April 22, 2025, Jorge Hernandez was in contempt of this Court's January 18, 2023, judgment confirming the First Partial Final Award ("Judgment No. 1"). Hernandez has purged his contempt of Judgment No. 1. To the extent that Petitioners' motion seeks remedial compensatory sanctions for Hernandez's contumacious conduct, that aspect of the motion is denied without prejudice. Jorge Hernandez is in contempt of this Court's September 6, 2023, judgment confirming the Third Partial Final Award ("Judgment No. 2"). Hernandez shall pay a coercive civil fine to the Clerk of Court with respect to the day of the entry of this order, and each subsequent day from that date until the date on which he fully purges himself of his contempt of Judgment No. 2. The amount of the coercive fine shall begin at $10,000 for the date of this order, and shall double every fourteen days so long as he fails fully to purge himself of this contempt. Judgment is entered in favor of the United States against Hernandez.

**Dated:**  New York, New York

July 21, 2025

                                                     **TAMMI M. HELLWIG**

                                                      **Clerk of Court**

**BY:**    *K. Mango*

                                                      **Deputy Clerk**