UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TELECOM BUSINESS SOLUTION, LLC, *et al.,*

                              Petitioners,          22-cv-1761 (LAK)

   -against-

TERRA TOWERS CORP., *et al.,*

                              Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PERU NON-PARTIES' AMENDED NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Non-Parties Telecom Business Solution S.R.L., Continental Towers Peru, S.R.L., Collocation Technologies Peru, S.R.L., Magali Merino Ascarrunz, and Alejandro Garzaro Perez (the "Peru Non-Parties"), by and through undersigned counsel, hereby file this notice amending their original Notice of Appeal (Dkt 341)[1] of the April 22, 2025 Memorandum Opinion of the United States District Court for the Southern District of New York (Kaplan, U.S.D.J.) Granting Anti-Suit Injunction and Coercive Civil Contempt Remedies (Dkt 295, the "Contempt Order"), to also seek review of the July 7, 2025 Memorandum Opinion denying reconsideration of the Contempt Order (Dkt 406, the "Order on Reconsideration"), and each and every part thereof. Copies of the Contempt Order and the Order on Reconsideration are attached to this Amended Notice of Appeal.

---

[1] The Peru Non-Parties' pending appeal, Dkt 341 - Appeal No. 25-1344, has been stayed until the district court proceedings on reconsideration are concluded. Pending before this Court is the Peru Non-Parties' renewed motion for reconsideration of, or in the alternative, for relief from the Contempt Order and the Order on Reconsideration, filed pursuant to Local Civil Rule 6.3 and Rules 54(b), 59(a), (e) and 60(b) of the Federal Rules of Civil Procedure . *See* Dkt 417, 418, 419, 424 (renewed motion for reconsideration filings). As they did with the original notice of appeal, which seeks review of the Contempt Order (Dkt 295, 341), the Peru Non-Parties file this amended notice of appeal to ensure that they preserve their right to appeal the July 7, 2025 Order on Reconsideration of the Contempt Order.

Dated: August 6, 2025

Respectfully submitted,

*s/ Eduardo De la Peña Bernal*

**PRYOR CASHMAN LLP**
James Stephen O'Brien , Jr
Erik Bakke
7 Times Square, Ste. 40th Floor
New York City, NY 10036
(212) 421-4100
Fax: (212) 326-0806
ebakke@pryorcashman.com
jobrien@pryorcashman.com

**SHUTTS & BOWEN LLP**
Eduardo De la Peña Bernal
Aliette D. Rodz
Martha Ferral
200 S. Biscayne Blvd., Ste. 4100
Miami, FL 33131
(305) 358-6300
edelapena@shutts.com
arodz@shutts.com
mferral@shutts.com

*Counsel for Peru Non-Parties, Telecom Business Solution S.R.L., Continental Towers Peru, S.R.L., Collocation Technologies Peru, S.R.L., Magali Merino Ascarrunz, and Alejandro Garzaro Perez*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on August 6, 2025. Notice of this filing will be sent to all counsel of record through the Court's electronic notice system.

*/s/ Eduardo De la Peña Bernal*