# EXHIBIT 1

| | |
|---|---|
| From: | Flanagan, Ryan <ryan.flanagan@gs.com> |
| Sent: | Saturday, July 26, 2025 12:35 AM |
| To: | John Ranieri; Andrés   Director Porras Castillo; 'Alejandro Sagastume' |
| Cc: | Howard Mandel; Alejandro Garzaro (CT Address); Magali Merino (TBS) |
| Subject: | Re: May 8, Letter to the Board of Directors of Continental Towers Holding |

On behalf of the C Shareholder, I agree with the Peppertree directors' position regarding the improper BVI Actions.

…Ryan

**From:** John Ranieri <jranieri@peppertreecapital.com>
**Sent:** Friday, July 25, 2025 7:56:19 PM
**To:** Andrés Director Porras Castillo <aporras@terratowerscorp.com>; 'Alejandro Sagastume' <asagastume@dt-sa.com>
**Cc:** Howard Mandel <HMandel@peppertreecapital.com>; Alejandro Garzaro (CT Address) <agarzaro@continentaltowerscorp.com>; Magali Merino (TBS) <mmerino@tbstowers.com>; Flanagan, Ryan [AWM Private] <ryan.flanagan@ny.ibd.email.gs.com>
**Subject:** Fw: May 8, Letter to the Board of Directors of Continental Towers Holding

Terra Board Members:

Attached please find a letter concerning the BVI Actions and other related correspondences.

John J. Ranieri
TPG Peppertree
57 E. Washington Street
Chagrin Falls, Ohio 44022
440-528-0166 direct dial
216-253-0517 mobile
440-528-0334 fax
www.peppertreecapital.com

**From:** Alejandro Garzaro CT <agarzaro@continentaltowerscorp.com>
**Sent:** Monday, July 21, 2025 9:56 AM
**To:** aporras@terratowerscorp.com <aporras@terratowerscorp.com>
**Cc:** Magali Merino <mmerino@tbstowers.com>; Howard Mandel <HMandel@peppertreecapital.com>; Ryan Flanagan <ryan.flanagan@gs.com>; John Ranieri <jranieri@peppertreecapital.com>; asagastume <asagastume@terratowerscorp.com>
**Subject:** Re: May 8, Letter to the Board of Directors of Continental Towers Holding

Members of the Board,

1

Please find for your reference the attached communication. We look forward to your prompt attention to the matter.

Regard,

Alejandro Garzaro/ Magali Merino


El 18 jul 2025, a la(s) 5:27 p.m., aporras@terratowerscorp.com escribió:

Dear Magali Merino and Alejandro Garzaro,

As Class A Directors, we are actively monitoring the Peru-related BVI Action in the interest of the Company.

In an email dated May 9, 2025, the Class B Directors (the Peppertree Directors), referenced the law firm Maples & Calder—who are not counsel to Continental Towers Latam Holdings Ltd.—and indicated that this firm had sent correspondence to the law firm Walkers. That message stated, verbatim:

"… addressing the representations in your May 8 letter and demanding that you take the appropriate steps to comply with the valid and binding SDNY injunction and sanctions order. We agree with the positions set forth therein and will not engage in a legal debate with you regarding what steps are necessary in the BVI Court for Respondents and the Peru Contemnors to comply with their obligations. That is a discussion for counsel."

To this date, we don't know if there was ever a counsel discussion; however, with the support of our legal counsel, we reviewed both your May 5 letter to the Board of Directors and the note signed by Maples & Calder. Our conclusion is that consistent with the legal principle of procedural economy and as the most cost-effective alternative, the Company should proceed as proposed by Walkers under what is referred to as option (iii), which we quote verbatim below:

"(iii) that respondents, i.e. the Company, Telecom Business Solution LLC and LatamTowers LLC (the latter two being 'Peppertree'), be the ones applying to set aside the Recognition Order and submitting with the application a consent order that will be joined by the Applicants for the discharge of the Recognition Order."

Accordingly, as Class A Directors of Continental Towers Latam Holdings Ltd., we ratify the instruction to move forward—without further delay—with the legal course of action proposed by Walkers, as stated in the content and documents of our email dated May 3, 2025 (attached here).

This action must not be subject to or conditioned upon the issuance of releases, waivers of liability, or any equivalent commitments under any circumstances.

We trust in your prompt and coordinated cooperation to ensure the proper execution of this instruction, in the best interest of the Company.

Sincerely,

On behalf of Class A shareholders board members

**Andrés Porras Castillo**
**Director**
**Continental Towers LATAM Holdings, Ltd.**

---

**De:** John Ranieri <jranieri@peppertreecapital.com>
**Enviado el:** viernes, 9 de mayo de 2025 22:31
**Para:** 'Alejandro Sagastume' <asagastume@terratowerscorp.com>; Andrés Director Porras Castillo <aporras@terratowerscorp.com>; Magali Merino (TBS) <mmerino@tbstowers.com>; Alejandro Garzaro (CT Address) <agarzaro@continentaltowerscorp.com>
**CC:** Howard Mandel <HMandel@peppertreecapital.com>; Ryan Flanagan <ryan.flanagan@gs.com>
**Asunto:** Re: May 8, Letter to the Board of Directors of Continental Towers Holding

Terra Directors, Ms. Merino and Mr. Garzaro:

Please see the attached correspondence from our counsel at Maples & Calder to your counsel at Walkers, addressing the representations in your May 8 letter and demanding that you take the appropriate steps to comply with the valid and binding SDNY injunction and sanctions order. We agree with the positions set forth therein and will not engage in a legal debate with you regarding what steps are necessary in the BVI Court for Respondents and the Peru Contemnors to comply with their obligations. That is a discussion for counsel. Suffice it to say that we stand by the positions set forth in our May 5 email, attached again here for your convenience, that a Company board resolution is not required for you to comply with your obligations under the injunction and sanctions order.

Regards,

The Peppertree Directors

John J. Ranieri

Peppertree Capital Management, Inc.
57 E. Washington Street
Chagrin Falls, Ohio 44022
440-528-0166 direct dial
216-253-0517 mobile
440-528-0334 fax
www.peppertreecapital.com

---

**From:** agarzaro@continentaltowerscorp.com <agarzaro@continentaltowerscorp.com>
**Sent:** Thursday, May 8, 2025 8:09 PM
**To:** John Ranieri <jranieri@peppertreecapital.com>; Howard Mandel <HMandel@peppertreecapital.com>; 'Andrés Director Porras Castillo' <aporras@terratowerscorp.com>; 'Alejandro Sagastume' <asagastume@terratowerscorp.com>
**Cc:** Magali Merino <mmerino@tbstowers.com>
**Subject:** May 8, Letter to the Board of Directors of Continental Towers Holding

Members of the Board,

Please find attached for your review the letter dated May 8, 2025.

We kindly await your comments and confirmations as outlined in the document.


Regards,

Magali Merino

Alejandro Garzaro

On behalf of:

Telecom Business Solution S.R.L.

Collocation Technologies Peru S.R.L.

Continental Towers Peru S.R.L.


<mime-attachment>

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unintended recipients are prohibited from taking action on the basis of information in this e-mail.
E-mail messages may contain computer viruses or other defects, may not be accurately replicated on other systems, or may be intercepted, deleted or interfered with without the knowledge of the sender or the intended recipient. If you are not comfortable with the risks associated with e-mail messages, you may decide not to use e-mail to communicate with Goldman Sachs.
Goldman Sachs reserves the right, to the extent and under circumstances permitted by applicable law, to retain, monitor and intercept e-mail messages to and from its systems. See the http://www.gs.com/disclaimer/afg/ for important information regarding this message and your reliance on information contained in it.
Interest Rate Benchmark Transition Risk Disclosure: LIBOR and several other benchmark interest rates will likely soon stop being published and be replaced by alternative rates, or will be subject to substantial reform. Please refer to the Interest Rate Benchmark Transition Notice for more details.

Your Personal Data: We may collect and process information about you that may be subject to data protection laws. For more information about how we use and disclose your personal data, how we protect your information, our legal basis to use your information, your rights and who you can contact, please refer to: www.gs.com/privacy-notices