# EXHIBIT 3

**CONTINENTAL TOWERS LATAM HOLDINGS LIMITED**
(the "Company")

**WRITTEN RESOLUTION OF THE DIRECTORS**

The undersigned, being all of the directors of the Company, a business company whose registered office is at Commerce House, Wickhams Cay 1, PO Box 3140, Road Town, Tortola, British Virgin Islands, hereby consent to the following actions and adopt the resolutions setout below.

**WHEREAS**, on or about April 22, 2025, Judge Kaplan issued a Memorandum Opinion Granting Anti-Suit Injunction and Coercive Civil Contempt Remedies (the "Opinion") (a copy of which is included as Exhibit A to this resolution), directing that the action filed in the Eastern Caribbean Supreme Court in the High Court of Justice, Commercial Division, British Virgin Islands, styled Telecom Business Solutions S.R.L. v. Continental Towers Holding Corp., Case No. BVIHCOM2024/0577 (the "Peru Related BVI Action") be terminated and any relief granted therein be vacated, and

**WHEREAS,** for purposes of complying with the Opinion, certain of the Company's subsidiaries are obligated to cause the Peru Related BVI Action to be terminated and any relief granted therein to be vacated.

**NOW, THEREFORE, BE IT RESOLVED THAT,**

1. in compliance with the Opinion, the Company hereby instructs and orders Telecom Business Solution, S.R.L., Collocation Technologies Peru S.R.L., and Continental Towers Peru, S.R.L. (the "Peruvian Subsidiaries") to immediately vacate, dismiss, terminate, and/or withdraw the Peru-Related BVI Action and cause any relief issued therein to be vacated;

2. the Company is delivering executed copies of these resolutions to Magali Merino and Alejandro Garzaro to notify them that per the terms of the Opinion, in the event they do not cause the Peru Related BVI Action to be terminated by Monday, May 5, 2025, they will be subject to a coercive civil fine payable to the clerk of the Court of the Southern District of New York in the amount of $10,000 per day starting on May 6, 2025, which amount shall double every fourteen (14) days so long as the Peru Related BVI Action is not terminated and the relief granted thereunder vacated; and

3. the Company's operating subsidiaries will take all actions, including executing, delivering and/or filing all documents, instruments and certificates, as may be necessary or appropriate for the limited purpose of carrying out the intent and purpose of the foregoing resolutions; and the managers and officers of each of the Company's operating subsidiaries are, and each of them individually hereby is, authorized and empowered to take all such actions in the name and on behalf of the operating subsidiaries, and the doing by them of any act in connection with the foregoing matters shall conclusively establish their authority therefor from the Company and the approval and ratification by the Company thereof.

*Signatures below*

HOWARD MANDEL

By: _____

Date: _____May 5, 2025_____

ANDRES PORRAS

By: _____

Date: _____May 5, 2025_____

JOHN RANIERI

By: _____

Date: _____May 5, 2025_____

ALEJANDRO SAGASTUME

By: _____

Date: _____May 5, 2025_____