# EXHIBIT 4

| | |
|---|---|
| From: | John Ranieri <jranieri@peppertreecapital.com> |
| Sent: | Monday, May 5, 2025 4:22 PM |
| To: | aporras@terratowerscorp.com; 'Alejandro Sagastume' |
| Cc: | Howard Mandel; Ryan Flanagan (ryan.flanagan@gs.com) |
| Subject: | Re: Board Resolution Peru related BVI Action |
| Attachments: | El Salvador Resolution Redline.pdf; El Salvador BVI Action Resolution Redline.pdf; Peru BVI Action Resolution Redline.pdf; Board Resolution re El Salvador action (PPT Version exec).pdf; Board Resolution the El Salvador related BVI action (PPT Version exec).pdf; Board Resolution re the Peru related BVI action (PPT Version exec).pdf |

Terra Directors:

Thank you for sending the proposed Board resolutions.  As an initial matter, we want to be clear that executing these or any Board resolutions is not required for Terra, DTH, and Jorge Hernandez (collectively, "Respondents"), and their agents and representatives to comply with Judge Kaplan's April 21, 2025 injunction order (the "Order") and terminate the improper, collateral El Salvador Action and BVI Actions (collectively, the "Collateral Actions").  The Order does not require the Company to take any actions in connection with the Collateral Actions.  In addition, all of these Collateral Actions were initiated and litigated without the approval of the Company's Board, and no action of the Company's Board is required for Respondents to properly terminate and/or withdraw them.  Indeed, Respondents—at whose direction and for whose benefit the Collateral Actions were initiated and litigated—have the ability to take actions (including by and through their agents and those in active concert and participation with them) to terminate and/or withdraw these actions at any time.  Such actions include making filings in the Collateral Actions themselves seeking to terminate, withdraw, and/or otherwise vacate any relief issued therein.  It is unfortunate that it has now been nearly two weeks since the issuance of the Order and Respondents have failed to take any such actions other than sending us the proposed Board resolutions on Saturday May 3, not even one business day before Respondents' May 5 deadline to take certain actions in compliance with the Order.

It is likewise not the Company's obligation to notify all of Respondents' agents, representatives, and anyone acting in concert and participation with them of the Order; that is Respondents' obligation and need not be done via Board resolution.  It is equally unfortunate that Respondents appear not to have notified their agents and representatives—including, without limitation, Mmes. Merino and Granillo and Mr. Garzaro—of the Order and propose doing so via a Company Board resolution.

Notwithstanding the above, we, as Directors of the Company appointed by Peppertree, do not object, as a general matter, to executing Board resolutions confirming that the Company's

1

relevant operating subsidiaries and their managers should take all necessary actions to terminate the Collateral Actions in compliance with the Order.  To that end, please see attached for revised versions of the proposed resolutions, executed by the Peppertree Directors.  Please note that one of the proposed changes corrects the misstatement that the Company itself has any affirmative obligations in connection with the Order.  We have also attached PDF redlines reflecting the changes in the revised resolutions.  Please execute the revised resolutions and send the fully executed versions back to us.  Once executed, we trust that Respondents will notify their agents and representatives of the same and copy us on such correspondence.

Regards,
The Peppertree Directors


John J. Ranieri
Peppertree Capital Management, Inc.
57 E. Washington Street
Chagrin Falls, Ohio 44022
440-528-0166 direct dial
216-253-0517 mobile
440-528-0334 fax
www.peppertreecapital.com

---

**From:** aporras@terratowerscorp.com <aporras@terratowerscorp.com>
**Sent:** Saturday, May 3, 2025 12:53 PM
**To:** John Ranieri <jranieri@peppertreecapital.com>; Howard Mandel <HMandel@peppertreecapital.com>
**Cc:** 'Alejandro Sagastume' <asagastume@terratowerscorp.com>
**Subject:** Board Resolution Peru related BVI Action

Class B Directors Board Members,

The Class A Directors Board Members of Continental Towers Latam Holdings Ltd. (the "Company") have been made aware of a Memorandum Opinion granting an Anti-Suit Injunction and Coercive Civil Contempt Remedies (the "Opinion") issued on or about April 22, 2025, by Judge Lewis A. Kaplan, United States District Judge for the Southern District of New York.

The Opinion mandates compliance within a specified period ending on May 5, 2025, ordering the termination of the action filed in the Eastern Caribbean Supreme Court in the High Court of Justice, Commercial Division, British Virgin Islands, titled *Telecom Business Solutions S.R.L. v. Continental Towers Holding Corp.*, Case No. BVIHCOM2024/0577 (the "Peru Related BVI Action"), and the vacatur of all relief granted therein.

Compelled by the Opinion, the Class A Directors Board Members have proceeded to prepare a resolution which, considering the existence of the Opinion, instructs and orders Telecom Business Solutions, S.R.L., Collocation Technologies Peru S.R.L., and Continental Towers Perú, S.R.L. to immediately vacate, dismiss, terminate, and/or withdraw the Peru Related BVI Action.

We're attaching to this email the resolution duly signed, since time is of the essence we urge you to proceed with the signing immediately, so the management team can be properly notified.

Regards,

On behalf of A Shareholders Board Members,

**Andrés Porras Castillo**
**Director**
**Continental Towers LATAM Holdings, Ltd.**