# EXHIBIT 5

| | |
|---|---|
| **From:** | John Ranieri <jranieri@peppertreecapital.com> |
| **Sent:** | Saturday, May 10, 2025 12:31 AM |
| **To:** | 'Alejandro Sagastume'; Andrés   Director Porras Castillo; Magali Merino (TBS); Alejandro Garzaro (CT Address) |
| **Cc:** | Howard Mandel; Ryan Flanagan |
| **Subject:** | Re: May 8, Letter to the Board of Directors of Continental Towers Holding |
| **Attachments:** | Re: Board Resolution Peru related BVI Action; BVIHCCOM2024/577 and BVIHCCOM2024/0623 |

Terra Directors, Ms. Merino and Mr. Garzaro:

Please see the attached correspondence from our counsel at Maples & Calder to your counsel at Walkers, addressing the representations in your May 8 letter and demanding that you take the appropriate steps to comply with the valid and binding SDNY injunction and sanctions order.  We agree with the positions set forth therein and will not engage in a legal debate with you regarding what steps are necessary in the BVI Court for Respondents and the Peru Contemnors to comply with their obligations.  That is a discussion for counsel.  Suffice it to say that we stand by the positions set forth in our May 5 email, attached again here for your convenience, that a Company board resolution is not required for you to comply with your obligations under the injunction and sanctions order.

Regards,

The Peppertree Directors



John J. Ranieri
Peppertree Capital Management, Inc.
57 E. Washington Street
Chagrin Falls, Ohio 44022
440-528-0166 direct dial
216-253-0517 mobile
440-528-0334 fax
www.peppertreecapital.com

---

**From:** agarzaro@continentaltowerscorp.com <agarzaro@continentaltowerscorp.com>
**Sent:** Thursday, May 8, 2025 8:09 PM
**To:** John Ranieri <jranieri@peppertreecapital.com>; Howard Mandel <HMandel@peppertreecapital.com>; 'Andrés Director Porras Castillo' <aporras@terratowerscorp.com>; 'Alejandro Sagastume' <asagastume@terratowerscorp.com>
**Cc:** Magali Merino <mmerino@tbstowers.com>
**Subject:** May 8, Letter to the Board of Directors of Continental Towers Holding

1

Members of the Board,

Please find attached for your review the letter dated May 8, 2025.

We kindly await your comments and confirmations as outlined in the document.

Regards,

Magali Merino

Alejandro Garzaro

On behalf of:

Telecom Business Solution S.R.L.

Collocation Technologies Peru S.R.L.

Continental Towers Peru S.R.L.