UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Telecom Business Solution, LLC, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> Terra Towers Corp., *et al.*, <br><br> Respondents. | Civil Action No. 1:22-cv-01761 <br><br> Judge Lewis A. Kaplan <br><br> Magistrate Judge Robert W. Lehrburger |

## NOTICE OF APPEAL

NOTICE is hereby given that Terra Towers Corp., TBS Management S.A.; DT Holdings Inc.; and Jorge Hernandez appeal to the United States Court of Appeals for the Second Circuit from the Order entered on August 7, 2025 (the "Order") (ECF No. 429), from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Order; and from any and all adverse orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Order, that shaped the Order, that are related to the Order, or upon which the Order is based.

Dated: August 19, 2025

/s/
Rodney Quinn Smith II
(admitted *pro hac vice*)
**GST LLP**
78 SW 7th Street, Suite 500
Miami, FL 33130
Phone: (305) 856-7723
quinn.smith@gstllp.com

*Counsel for Respondents*

Respectfully submitted,

/s/
Lucila I. M. Hemmingsen
**The Fladgate Firm PC**
305 Broadway, 7th Floor
New York, NY
Phone: (646) 369-5843
lh@hemmingsenadr.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, a copy of this filing was delivered via ECF on all counsel of record.

*/s/ Quinn Smith*