## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Telecom Business Solution, LLC, *et al.*, | Civil Action No. 1:22-cv-01761 |
| Petitioners, | |
| v. | Judge Lewis A. Kaplan |
| Terra Towers Corp., *et al.*, | Magistrate Judge Robert W. Lehrburger |
| Respondents. | |

## NOTICE OF APPEAL

NOTICE is hereby given that Jorge Hernandez appeals to the United States Court of Appeals for the Second Circuit from the Order entered on July 21, 2025 (the "Order") (ECF No. 414), from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Order; and from any and all adverse orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Order, that shaped the Order, that are related to the Order, or upon which the Order is based.

Dated: August 19, 2025                                        Respectfully submitted,

　　　/s/                                                                    /s/
Rodney Quinn Smith II                                    Lucila I. M. Hemmingsen
(admitted *pro hac vice*)                                **The Fladgate Firm PC**
**GST LLP**                                                       305 Broadway, 7th Floor
78 SW 7th Street, Suite 500                           New York, NY
Miami, FL 33130                                              Phone: (646) 369-5843
Phone: (305) 856-7723                                    lh@hemmingsenadr.com
quinn.smith@gstllp.com

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, a copy of this filing was delivered via ECF on all counsel of record.

*/s/ Quinn Smith*