UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TELECOM BUSINESS SOLUTIONS, LLC, *et al.*,

        Petitioners,

-against-

22-cv-1761 (LAK)

TERRA TOWERS CORP., *et al.*,

        Respondents.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

In its July 21, 2025, opinion denying Petitioners' motion for further findings of civil contempt,[1] the Court noted that "upon a proper showing by Petitioners in a motion for contempt sanctions, Respondents may be subject to contempt sanctions for their role in the civil action underlying the Towers Seizure Case."[2] Petitioners now move for an order compelling Respondents to produce documents related to the Towers Seizure Case and granting Petitioners leave to serve new requests related to the Towers Seizure Case.[3]

With respect to the documents sought, they are (1) responsive to requests for

---

[1] Dkt 415.

[2] *Id.* at 14. The "Towers Seizure Case" refers to proceedings before the Seventh Multi-Personal Court of First Instance for Criminal Matters, Drug Activity, and Environmental Crimes of Guatemala that resulted in a "pre-authorship embargo" prohibiting the transfer or alienation of 163 telecommunications towers. *Id.* at 7–8.

[3] Dkt 432.

production first issued on May 22, 2025,[4] (2) relevant to Petitioners' claim that Respondents contumaciously initiated proceedings underlying the Tower Seizures Case in violation of this Court's judgment confirming the third partial final award, and (3) not burdensome to identify and produce. With respect to additional discovery, Petitioners should be afforded the opportunity to discover facts related to the Towers Seizure Case to inform and support a potential motion for civil contempt sanctions.

Accordingly, the motion to compel (Dkt 432) is granted. Respondents shall produce, no later than September 10, 2025, all documents in their possession, custody, or control concerning the Towers Seizures Case and any related underlying proceedings. Petitioners may serve on Respondents, no later than September 17, 2025, any additional discovery requests related to the Towers Seizure Case, and Respondents shall serve their responses and any responsive documents by no later than October 1, 2025.

SO ORDERED.

Dated: September 3, 2025

_____
Lewis A. Kaplan
United States District Judge

---

[4] Dkt 369-42; *see also* Dkt 369-43 (amended requests).