Case: 25-1338, 09/30/2025, DktEntry: 34.1, Page 1 of 1

Case 1:22-cv-01761-LAK   Document 450   Filed 10/02/25   Page 1 of 1

1:22-cv-01761-LAK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 02 2025

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand twenty-five.

_____

Telecom Business Solution, LLC, Latam Towers, LLC, AMLQ Holdings (Cay), Ltd.,

       Petitioners - Appellees,

v.

Terra Towers Corp., TBS Management, S.A., Jorge Hernandez,

       Respondents - Appellants,

DT Holdings, Inc.,

       Cross-Claimant-Appellant,

Telecom Business Solution S.R.L., Continental Towers Peru, S.R.L., Collocation Technologies Peru, S.R.L., Magali Merino Ascarrunz, Jorge Alejandro Garzaro Perez,

       Miscellaneous-Appellants.

_____

**ORDER**

Docket Nos. 25-1338(L), 25-1342(Con), 25-1344(Con), 25-2020(Con), 25-2022(Con)

These appeals have been stayed, pursuant to Federal Rule of Appellate Procedure 4(a)(4), due to pending motions for reconsideration in the district court. The district court having addressed the motions for reconsideration in orders dated July 7, 2025 and September 26, 2025,

IT IS ORDERED that the stay is hereby lifted. Appellants must file their Local Rule 31.2 scheduling notification(s) within 14 days of the date of this order.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/30/2025