**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TELECOM BUSINESS SOLUTION, LLC, et al.,

                     Petitioners,

      -against-                                          22 **CIVIL** 1761 (LAK)

                                                                       **JUDGMENT**

TERRA TOWERS CORP., et al.,

                     Respondents.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated August 07, 2025 and Memo endorsed dated October 3, 2025, the petition to confirm the fifth partial final award (dkt 257) is GRANTED and the petitions to vacate the fifth partial final award (Dkts 318, 399) are DENIED.

**Dated:** New York, New York

       October 3, 2025

                                                                   **TAMMI M. HELLWIG**
                                                                    **Clerk of Court**

                                                      **BY:**
                                                                    **Deputy Clerk**