MEMO ENDORSED

October 20, 2025

Gregg L. Weiner
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Michael N. Ungar
UB Greensfelder LLP
1660 W. 2nd Street, Ste. 1100
Cleveland, Ohio 44113

**BY HAND DELIVERY**

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/01/25

Re:   *Telecom Business Solution, LLC, et al., v. Terra Towers Corp., et al.*,
      Civil Action No. 1:22-cv-01761

Your Honor:

    We represent Telecom Business Solution, LLC and LATAM Towers, LLC (collectively, "Peppertree"), and AMLQ Holdings (Cay), Ltd. ("AMLQ," together with Peppertree, "Peppertree/AMLQ"), in the above-captioned actions (the "Actions"). We respectfully submit this letter motion to request expedited briefing and prompt decision on both Peppertree/AMLQ's Motion for Turnover Order to Enforce the Judgment (ECF 462, the "Turnover Motion") and Motion to Dissolve Stay of Execution and for Leave to Register Judgment Pursuant to 28 U.S.C. § 1963 (ECF 465, the "Registration Motion", and with the "Turnover Motion", the "Motions").

    The Court enjoys "broad discretion to manage its docket," *Louis Vuitton Malletier S.A. v. LY USA, Inc.*, 676 F.3d 83, 99 (2d Cir. 2012), including in setting motion schedules. An expedited schedule is particularly appropriate in the context of a motion to enforce an existing Court order. *See, e.g.*, ECF 248 (setting expedited hearing on motion for contempt of Court order); *King Quality Constr. Inc. v. King Siding & Gutters Inc.*, 2024 WL 1640017, at *2 (E.D.N.Y. Apr. 15, 2024) (same).

    Here, expedited briefing is warranted because Respondent Jorge Hernandez ("Hernandez") is apparently attempting to sell assets that could be used to satisfy this Court's judgment confirming the Fifth Partial Final Award (the "5PFA") of over $300 million in damages in favor of Peppertree/AMLQ. As set forth in Peppertree/AMLQ's brief in support of the Turnover Motion, Respondents have refused to even confirm that they intend to satisfy the judgment, despite Peppertree/AMLQ's multiple requests that they do so, let alone make any payments towards it or the other amounts they owe Peppertree/AMLQ. Now, entities that Hernandez apparently owns and controls have listed real property in California for sale for more than $115 million. Without an expedited schedule, there is a substantial risk that Hernandez will be able to liquidate assets that would otherwise be available to satisfy the 5PFA judgment and place the proceeds from a sale

beyond reach. In addition, as set forth in the Registration Motion, Peppertree/AMLQ must be able to register the 5PFA judgment in both California and Florida, where Hernandez has interests in substantial assets, in order to ensure that those assets are preserved. Expedited consideration of the Motions is necessary and appropriate to adequately remedy Respondents' continuing attempts to avoid their liability pursuant to the 5PFA, including through their wrongful dissipation of assets.

Respondents will suffer no prejudice from Peppertree/AMLQ's request to expedite. The Motions present straightforward enforcement issues arising from a confirmed award and existing Court order, and Respondents have long been on notice of their obligations. By contrast, Peppertree/AMLQ will be prejudiced absent expedited consideration in light of the impending asset sale. If these issues are not resolved promptly, there is a substantial risk that Peppertree/AMLQ's ability to collect on the 5PFA judgment will be adversely affected.

Peppertree/AMLQ respectfully requests that the Court order Respondents to respond to Peppertree/AMLQ's Motions by October 24, 2025, allow for Peppertree/AMLQ to reply by October 27, 2025, and for the Court to issue its decision on the Motions as promptly as possible thereafter.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Gregg L. Weiner
Gregg L. Weiner

*Counsel for AMLQ Holdings (Cay), Ltd.*

/s/ Michael N. Ungar
Michael N. Ungar

*Counsel for Telecom Business Solution, LLC and LATAM Towers, LLC*

## MEMORANDUM ENDORSEMENT

Motion granted to the following extent: (1) The Rule 62(a) stay is hereby dissolved, effective immediately, without prejudice to a motion by respondents to reinstate it. (2) Good cause having been shown by reason of reportedly Hernandez-connected entities listing real property for sale, petitioners hereby are authorized to register the judgment in this case in California and Florida. (3) Respondents shall file any papers in response to the motions enumerated in petitioners' letter, and any motion to reinstate the Rule 62(a) stay, no later than 4 p.m. on October 24, 2025. (4) Peppertree/AMLQ shall file any reply papers no later than 4 p.m. on October 27, 2025. The Court will hear oral argument on all motions on October 28, 2025 at 11:00 a.m.

SO ORDERED.

*[Signature]* Lewis A. Kaplan
USDJ

10/21/25    Issued at 10:07 am

-2-