UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TELECOM BUSINESS SOLUTION, LLC, *et al.*,

                        Petitioners,

                                                            22-cv-1761 (LAK)

            -against-

TERRA TOWERS CORP., *et al.*,

                        Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/25
```

## ORDER

LEWIS A. KAPLAN, *District Judge.*

   Jorge Hernández shall provide full and complete responses to Petitioners' First Post-Judgment Interrogatories and Requests for Production to Jorge Hernández on or before November 1, 2025. Petitioners and Hernández shall file a joint status report on or before November 3, 2025, updating the Court on Hernández's responses.


   SO ORDERED.

Dated:  October 28, 2025

                     Lewis A. Kaplan
                 United States District Judge