UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
TELECOM BUSINESS SOLUTION, LLC, *et al.*,

                Petitioners,

      -against-

TERRA TOWERS CORP., *et al.*,

                Respondents.
------------------------------------------x

22-cv-1761 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Pursuant to the notices of substitution of attorney filed by Justin Sher and Wesley Erdelack (Dkts 69 and 71), Mr. Sher and Mr. Erdelack are relieved as counsel for Respondents *nunc pro tunc* as of August 26, 2022.

      SO ORDERED.

Dated:      October 30, 2025

                                                Lewis A. Kaplan
                                          United States District Judge