UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
TELECOM BUSINESS SOLUTION, LLC, *et al.*,

                        Petitioners,

          -against-                              22-cv-1761 (LAK)

TERRA TOWERS CORP., *et al.*,

                       Respondents.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        In their response to Petitioners' motion for contempt sanctions (Dkt 446), Respondents assert that they have cured any alleged contempt. In support, Respondents claim that on October 1, 2025, they provided "answers to requests for admissions, interrogatories, and documents" to Petitioners. Respondents did not, however, attach their discovery responses to their filing. The Court therefore cannot assess whether or to what extent those responses cured the alleged contempt. Accordingly, Respondents shall file no later than November 3, 2025, copies of the discovery responses served on Petitioners on October 1, 2025, including a list of all documents produced.

SO ORDERED.

Dated:    October 30, 2025

                                                        Lewis A. Kaplan
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/25