```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  01/21/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ X

TELECOM BUSINESS SOLUTION, LLC, *et al.*,        :    Civil Action: 1:22-cv-01761

                       Petitioners,        :    Judge Lewis A. Kaplan

     v.        :
                             :    Magistrate Judge Robert W.
TERRA TOWERS CORP., *et al.*,        :    Lehrburger

                 Respondents.        :

------------------------------------------------------------------ X

## ORDER GRANTING PETITIONERS' MOTION FOR
## TURNOVER ORDER TO ENFORCE JUDGMENT

This Matter comes before the Court on the Motion for Turnover Order to Enforce Judgment against Respondents Terra Towers Corp. and TBS Management, S.A. (collectively, "Terra"), filed by Petitioners Telecom Business Solution, LLC and LATAM Towers, LLC (collectively, "Peppertree"), and AMLQ Holdings (Cay), Ltd. ("AMLQ," and together with Peppertree, "Petitioners"). The Motion seeks an Order compelling Terra to turn over to Petitioners Terra's shares in Continental Towers LATAM Holdings Limited (the "Company") and all rights, title, and interests therein in partial satisfaction of the monetary judgment contained in the Fifth Partial Final Award (the "5PFA") and confirmed by this Court August 7, 2025 (ECF Nos. 429, 454).

Upon due consideration, having considered Petitioners' Motion, as well as the arguments and oppositions, responses, replies, and other submissions related thereto, and the evidence presented by the parties, the Court finds that Petitioners have demonstrated that a turnover order is appropriate. The relief requested in Petitioners' Motion is hereby **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Terra shall IMMEDIATELY turn over to Petitioners 100% of Terra's shares and any and all other interests in the Company and all right, title, and interest therein (including,

but not limited to, all of Terra's rights as an "Initial Shareholder" under the Company's Shareholders Agreement[1] (including the right as an "Initial Shareholder" to appoint members to the Company's Board under the Shareholders Agreement), right to share in the profits and losses of the Company, Terra's right to receive distributions from the Company, all voting, management, and information rights, and any other indicia of ownership), such that Terra shall cease to have any rights whatsoever as an owner of the Company.

2.  Terra (and all those in active concert and participation with Terra, including, without limitation, DT Holdings, Inc. and Jorge Hernandez) shall take any and all actions, and shall cause the members of the Company's Board appointed by Terra to take any and all actions, required to effectuate the immediate turnover of Terra's shares in the Company to Petitioners, as ordered herein—including, without limitation, turning over share certificates, executing instruments and any and all other indicia of ownership, and satisfying any and all requirements set forth in the Company's Articles of Association, including, without limitation, preparing and executing a written instrument of transfer of Terra's shares in the Company to Petitioners, providing that written instrument of transfer to the Company for registration, and refraining from taking any steps to cause the Company's Board to refuse or delay the registration—and Terra (and all those in active concert and participation with Terra, including, without limitation, DT Holdings, Inc. and Jorge Hernandez) shall take no action, and shall cause the members of the Company's Board appointed by Terra to take no action, that in any way interferes with or obstructs the turnover of Terra's shares in the Company to Petitioners.

3.  Terra shall promptly execute or cause to be executed any and all documents necessary to effectuate the turnover of its shares in the Company to Petitioners. Within ten (10) calendar days of the date of this order, Petitioners shall provide to Terra, through counsel, any document that is necessary for Terra to execute to effectuate the turnover of its shares in the Company to Petitioners, as ordered herein. Terra shall execute each such document (or cause it to be executed) and return the executed document(s) to Petitioners within three (3) calendar days of Terra's counsel's receipt of such document(s).

**IT IS SO ORDERED.**

Dated: January 21, 2026

Hon. Lewis A. Kaplan

---

[1] The "Shareholders Agreement" refers to the Shareholders Agreement, dated October 22, 2015, among Peppertree, AMLQ, Terra, and the Company (ECF No. 272-1).

2