UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Telecom Business Solution, LLC, *et al.*, | Civil Action No.: 1:22-cv-01761 |
| Petitioners, | Judge Lewis A. Kaplan |
| v. | Magistrate Judge Robert W. Lehrburger |
| Terra Towers Corp., *et al.*, | |
| Respondents. | |

**NOTICE OF APPEAL**

NOTICE is hereby given that Terra Towers Corp. and TBS Management S.A., appeal to the United States Court of Appeals for the Second Circuit from the Order entered on January 21, 2026 (the "Order") (ECF No. 520) and the Memorandum Opinion entered on January 21, 2026 (ECF No. 521) (the "Opinion"), from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Order and Opinion; and from any and all adverse orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Order and Opinion, that shaped the Order and Opinion, that are related to the Order and Opinion, or upon which the Order and Opinion are based.

Dated: February 18, 2026

/s/
Rodney Quinn Smith II
(admitted *pro hac vice*)
**GST LLP**
78 SW 7th Street, Suite 500
Miami, FL 33130
Phone: (305) 856-7723
quinn.smith@gstllp.com

Respectfully submitted,

/s/
Lucila I. M. Hemmingsen
**Sagiance LLP**
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 520-6672
lhemmingsen@sagiancellp.com