

**ROPES & GRAY LLP**
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

April 1, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/26

Gregg L. Weiner
T +1 (212) 596-9000
gregg.weiner@ropesgray.com

**BY CM/ECF**

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *Telecom Bus. Solution, LLC, et al. v. Terra Towers Corp., et al.*, Case No. 22-cv-01761

Your Honor:

Pursuant to Section 11 of the Southern District of New York's Electronic Case Filing Rules & Instructions, we write to advise the Court that, as set forth in Petitioners' March 31, 2026 email to Your Honor's chambers providing the Court with (i) Petition to Confirm, and in Opposition to Respondents' Motion to Vacate, the Final Award; (ii) Memorandum of Law in Support of Petition to Confirm, and in Opposition to Respondents' Motion to Vacate, the Final Award; and (iii) Declaration of Gregg L. Weiner in Support of Petition to Confirm Final Award (together, the "March 31 Filings"), attached hereto, an ECF issue prevented Petitioners from filing the March 31 Filings on the docket by the deadline set in the Court's Feb. 18, 2026 order (ECF 545). Specifically, Petitioners sought to file the March 31 Filings under seal pursuant to Respondents' unopposed letter-motion that Respondents' motion to vacate the Final Award and "any response to the motion" be filed under seal (ECF 528). Petitioners attempted to file the March 31 Filings under seal, but received an error message stating "You are not authorized to seal an entry or document for any of the parties in this case" despite several attempts using the filing credentials of multiple of Petitioners' counsel.

As noted, Petitioners instead delivered the March 31 Filings to Your Honor's chambers and to Respondents' counsel via email. On April 1, 2026, Petitioners resolved the issue and were able to file the March 31 Filings under seal (ECF 556, 557, 558). Petitioners have sent courtesy copies to the Court pursuant to its individual practices.

We thank the Court for its consideration and respectfully request that the Court accept the March 31 Filings as timely.

**SO ORDERED**

_____
LEWIS A. KAPLAN, USDJ
4/7/26