USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TELECOM BUSINESS SOLUTION, LLC, *et al.*,

Petitioners,

22-cv-1761 (LAK)

-against-

TERRA TOWERS CORP., *et al.*,

Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

TBS Management, S.A. is the entity referred to in the shareholders agreement and named as a party in this litigation and underlying arbitration.  Respondents recently asserted in a brief that TBS Management, S.A. "is now TBS Management S.R.L."  Dkt 547 at 3.

The parties shall meet and confer promptly concerning this assertion with a view to resolving by stipulation the basis for the assertion and, assuming its accuracy, how it came about (e.g., name change?  change in business organization form?  et al.?) and what step or steps, if any, should be taken in that light (e.g, amending pleadings and other papers? substitution of party?  none?  et al.?)  On or before April 14, 2026, the parties shall submit any proposed stipulation or joint explanation or, in the absence of full agreement, their respective positions.

SO ORDERED.

Dated:        April 9, 2026

Lewis A. Kaplan
United States District Judge