USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TELECOM BUSINESS SOLUTION, LLC, *et al.*,

               Petitioners,

                                              22-cv-1761 (LAK)

        -against-


TERRA TOWERS CORP., *et al.*,

               Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The parties previously have filed many papers to which there are exhibits that were docketed in such a way that the exhibits are designated on the electronic docket sheet only by the word "Exhibit" followed by an Arabic numeral, but without any description of the exhibit.  E.g., Dkts 9, 32.  This has made working with the record in this case unreasonably cumbersome and time consuming.

        ECF Rule 5.1 now provides:

"Filing Users must submit all documents referenced as exhibits or attachments in electronic form, unless the Court permits paper filing. *Each document filed as an exhibit must be filed as a separately numbered attachment to the main document and must be clearly titled with an objective description of the document (e.g., 6/14/19 Deposition of John Doe; 10/14/21 Letter from Smith to Jones; 3/15/20-3/23/20 Email Thread between Doe and Roe) so that the nature of the exhibit and its relevance are clearly discernible without the need to open the file.* The filing of exhibits in text searchable format is encouraged but not required."  (Emphasis added)

        While the Court recognizes that this rule may have been adopted later than the commencement of this action, it has become indispensable for the Court now to have the information currently required by the italicized language for each document accompanied by one or more exhibits that have been filed from the outset of the action.

        Accordingly, petitioners and respondents each shall file, on or before April 29, 2026, a single document that lists the objective description of each attachment to a main document that each has filed in this action with one or more attachments.  The documents shall be listed by Docket Entry number and the attachments shall be listed by previously designated exhibit numbers followed by the objective description of each.

        SO ORDERED.

Dated:       April 23, 2026

                               /s/ Lewis A. Kaplan
                           _____
                                 Lewis A. Kaplan
                           United States District Judge