USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/26/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Telecom Business Solution, LLC, *et al.*,

      Petitioners,

v.

Terra Towers Corp., *et al.*,

      Respondents.

---

Civil Action No.: 1:22-cv-01761

Judge Lewis A. Kaplan

Magistrate Judge Robert W. Lehrburger

---

**NOTICE OF PERU NON-PARTIES' MOTION FOR RECONSIDERATION AND/OR CLARIFICATION OF MAY 7, 2026 CONTEMPT AND REMEDIAL ORDER [DKT 570] AND FOR LEAVE TO FILE AFFIDAVITS IN SUPPORT OF THAT MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Motion for Reconsideration and/or Clarification and the supporting Memorandum of Law, with exhibits thereto, dated May 21, 2026, Telecom Business Solution S.R.L., Continental Towers Peru, S.R.L., Collocation Technologies Peru, S.R.L., Magali Merino Ascarrunz, and Alejandro Garzaro Perez (the "Peru Non-Parties")—by and through their undersigned counsel, hereby move this Court for an order pursuant to Local Civil Rule 6.3 for reconsideration and/or clarification of the Court's *Contempt and Remedial Order* (Dkt 570), which was entered on May 7, 2026.

<u>Memo Endorsement</u>        Telecom Bus. Sol., LLC v. Terra Towers Corp., 22-cv-1761 (LAK)

Telecom Business Solution S.R.L., Continental Towers Peru, S.R.L., Collocation Technologies Peru, S.R.L., Magali Merino Ascarrunz, and Alejandro Garzaro Perez (collectively, the "Peru Non-Parties"), purportedly move for reconsideration and/or clarification of the Court's May 7, 2026 Contempt and Remedial Order (Dkt 570). As their papers openly avow, none of the Peru-Non-Parties is a party to this action.

The relevant "procedure by which an outsider with an interest in a lawsuit may come in as a party though the outsider has not been named as a party by the existing litigants" is intervention pursuant to Federal Rule of Civil Procedure 24. 7C Charles Alan Wright and Arthur Miller, *Federal Practice and Procedure: Civil* § 1901 (3d ed.). The Peru Non-Parties, as they acknowledge, in substance are outsiders who claim an interest in this lawsuit. They are not named in the May 7 Order, nor have Petitioners moved to hold them in contempt of it. Under the circumstances, absent a right to intervene under Rule 24 or leave to intervene granted in the Court's discretion, none of them is entitled to seek relief in this case.

Accordingly, the motion of the Peru Non-Parties (Dkt 584) is denied without prejudice to any motion for intervention as of right or by leave of the Court.

SO ORDERED.

Dated:        May 26, 2026

/s/ Lewis A. Kaplan

_____

Lewis A. Kaplan
United States District Judge