February 9, 2026

Quinn Smith                        Lucila I. M. Hemmingsen
GST LLP                            Sagiance LLP
78 SW 7th Street                   125 Park Avenue, 25th Floor
Miami, FL 33130                    New York, NY 10017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-17-26

**BY CM/ECF**

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *Telecom Business Solution, LLC, et al. v. Terra Towers Corp., et al.*, Case No. 22-cv-1761

Your Honor:

On behalf of the respondents, Terra Towers Corporation ("Terra"), TBS Management S.R. de L. ("TBS Management") (together, the "Terra Parties"), DT Holdings, Inc. ("DT Holdings"), and Jorge Hernandez (collectively, "Respondents"), we request (i) leave to file under seal a forthcoming motion to vacate the Final Award rendered on November 11, 2025, and (ii) that any response to the motion be filed under seal. Although the chair of the tribunal, Mr. Goldstein, has taken to publicly sharing information from the arbitration, Respondents are unclear as to whether they can breach the confidentiality elements of the arbitration and file this motion in an abundance of caution.

As described in the motion to vacate, the tribunal has directed the parties to make filings under seal concerning emails and letters exchanged within the arbitration proceedings, and Mr. Goldstein has written that he considers the arbitration to be confidential. The motion to vacate quotes from emails exchanged between the parties and the tribunal, and it contains exhibits showing those emails and letters. Respondents have not previously disclosed these emails or letters, and it is concerned that, by filing the emails and letters publicly, they will face accusations of breaching the confidentiality of the arbitration. In an abundance of caution, Respondents are filing this motion to seal such that the Court and the petitioners can consider whether confidentiality is still expected of Respondents.

SO ORDERED *Denied*

LEWIS A. KAPLAN, USDJ    6/17/26

Respectfully submitted,

/s/ Rodney Quinn Smith, II
Rodney Quinn Smith, II

/s/ Lucila I. M. Hemmingsen
Lucila I. M. Hemmingsen
Counsel for the Terra Parties

cc:     Counsel of Record