UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TELECOM BUSINESS SOLUTION, LLC, *et al.*,

Petitioners,

-against-

TERRA TOWERS CORP., *et al.*,

Respondents.

22 CIVIL 1761 (LAK)

**JUDGMENT**

---

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Opinion and Order dated June 17, 2026, the petition to confirm the Final Award (Dkt 556) is GRANTED and the motion to vacate the Final Award (Dkt 529) is DENIED.

**Dated:**    New York, New York
June 18, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**