🗎

# This site can't be reached

**www.newszoom.click**'s server IP address could not be found.

Try:

- Checking the connection
- Checking the proxy, firewall, and DNS configuration
- Running Windows Network Diagnostics

ERR_NAME_NOT_RESOLVED

Cited in Telecom Bus Sol LLC v. Terra Towers Corp
22cv1761 Decided 6/17/26
Archived on 6/24/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Reload

Details