UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
TELECOM BUSINESS SOLUTION, LLC, *et al.*,

Petitioners,

-against-

TERRA TOWERS CORP., *et al.*,

Respondents.
---------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-13-26

22-cv-1761 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

Upon petitioners' motion to compel (Dkt 628), and substantially for the reasons stated therein, it is hereby

**ORDERED** as follows:

1. No later than October 16, 2026, Holland & Knight LLP shall produce all documents responsive to the subpoena served on it on November 21, 2025.

2. Any claims of privilege with respect to those documents that might otherwise have been made by Respondent Jorge Hernandez have been waived based on Hernandez's failure timely to assert privilege or respond to petitioners' motion to compel.

3. Petitioners shall serve a copy of this order on counsel for Holland & Knight LLP by email no later than October 13, 2026.

SO ORDERED.

Dated: October 13, 2026

Lewis A. Kaplan
United States District Judge