USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TELECOM BUSINESS SOLUTION, LLC, *et al.*,

Petitioners,

-against-

22-cv-1761 (LAK)

TERRA TOWERS CORP., *et al.*,

Respondents.

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

On October 13, 2026, this Court granted petitioners' unopposed motion to compel the firm of Holland & Knight, formerly counsel to respondent Jorge Hernandez, to produce to petitioners no later than October 16, 2026 all documents in its possession, custody or control called for by a subpoena served upon it *nearly a full year ago* (the "Subpoena"). Among other things, the order concluded that any claim of privilege by Mr. Hernandez had been waived.

Late last night, October 15, 2026, well after the close of business, the law firm of Boies, Schiller & Flexner ("BSF") – which never previously had appeared in this case – filed a purported emergency letter application on ECF. They said they act on behalf of 25 non-parties – which include Mr. Hernandez's wife, son, and daughter as well as a variety of business entities with which Mr. Hernandez and/or members of his close family are or have been closely identified. BSF asserts that Holland & Knight "formerly represented *several* Non-Parties,"[1] only five of whom are identified, and that Holland & Knight's anticipated production pursuant to the Subpoena "*may* include documents containing the Non-Parties' attorney-client privileged or work-product protected information that," BSF asserts, "they have not had a meaningful opportunity to review and have not waived."[2] The only even arguably specific documents to which BSF refers are a set of "over 2,000 documents hitting on the term 'Illumination Technologies,'" a company of which Mr. Hernandez has claimed to be the founder and of which, at least until recently, he was the president.[3] Nonetheless, BSF seeks a so-called emergency "administrative stay" blocking any

1 Emphasis added.

2 Emphasis added.

3 *Illumination Technologies, Giving Access to Attractive Public Safety Systems for Natural Disaster Detection & Notification*, available at

production pursuant to the Subpoena, requiring Holland & Knight to produce a privilege log (this after (a) Holland & Knight afforded Mr. Hernandez ample opportunity to claim privilege only to be ignored, and (b) petitioners obtained this Court's ruling that Mr. Hernandez had waived any privilege), and requiring Holland & Knight to permit the non-parties to review any documents concerning the non-parties and assert any privilege claims.

In the circumstances, it is entirely appropriate that petitioners and, if it wishes to be heard, Holland & Knight be heard. But the extreme interim relief first sought at the eleventh hour goes much too far[4] and would interfere to an unwarranted extent with perfectly appropriate efforts to enforce a very large judgment. Accordingly, for the moment, the matter will be handled as follows:

1. The parties to this case and Holland & Knight shall file any papers supporting or opposing the BSF application no later than 4 p.m. on Monday, October 19, 2026.

2. The Court will hear argument on the BSF application on Tuesday, October 20, at 3:30 p.m. in Courtroom 21B.

3. All documents responsive to the Subpoena and thus subject to the October 13, 2026 order shall be produced no later than October 16, 2026 as previously ordered, except that the deadline for production of any of the "over 2,000 documents hitting on the term 'Illumination Technologies'" and, in addition, that refer to or concern one or more of the five non-parties identified in the BSF letter – Ana Hernandez, Monte Olivos LLC, Grove 45 LLC, HF Real Estate Holdings LLC, and Illumination Technologies LLC – is extended until 11:59 p.m. on October 20, 2026 or such later date and time as the Court may fix.

4. BSF shall serve a copy of this order on Holland & Knight by email no later than October 16, 2026.

SO ORDERED.

Dated: October 16, 2026

Lewis A. Kaplan
United States District Judge

---

https://epodcastnetwork.com/illumination-technologies-giving-access-to-attractive-public-safety-systems-for-natural-disaster-detection-notification/ (last visited Oct. 16, 2026).

4 For example, BSF admits that only "several" of the non-parties whom they claim to represent are former clients of Holland & Knight, thus making clear that most of them were not H&K clients and thus are quite unlikely to have any privilege or work product claims at all.