UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/20/2026

---------------------------------------- x

TELECOM BUSINESS SOLUTION, LLC, *et al.*,

Petitioners,

-against-

22-cv-1761 (LAK)

TERRA TOWERS CORP., *et al.*,

Respondents.

---------------------------------------- x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

1. The Court will hold an evidentiary hearing commencing on December 1, 2026 at 9:30 a.m. on issues relevant to non-party applicants' October 15, 2026 emergency motion. The Court will specify the issues in a later order.

2. Assuming that they are located outside the United States, Jorge Alberto Francisco Hernandez Ortiz and Ana Beatriz Hernandez are invited to attend the hearing and to testify. If duly served with an enforceable subpoena compelling their attendance and testimony, they of course would be obliged to do so.

3. The Court hereby clarifies its remarks at today's hearing relating to discovery. As petitioners are judgment creditors, they have expansive discovery rights pursuant to Fed. R. Civ. P. 69(a)(2) and the New York Civil Practice Law and Rules and need no other authorization to do so. The Court does authorize that such discovery be conducted on an expedited basis. Neither the judgment debtors, against whom final judgment has been entered, nor the non-party applicants have any such rights, and the Court did not intend to, and does not, alter that principle. Nevertheless, the non-party applicants may conduct discovery relevant to the issues framed for the hearing with the agreement of petitioners, and the Court promptly will entertain applications to do so should agreement be withheld.

4. The October 20, 2026 deadline for production by Holland & Knight of certain documents that was fixed in paragraph 3 of Dkt 636 is extended to and including 11:59 p.m. on December 3, 2026 or such other date and time as the Court may fix.

5. Petitioners shall serve a copy of this order on Holland & Knight.

SO ORDERED.

Dated: October 20, 2026

Lewis A. Kaplan
United States District Judge