USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
TELECOM BUSINESS SOLUTION, LLC, *et al.*,

Petitioners,

-against-

22-cv-1761 (LAK)

TERRA TOWERS CORP., *et al.*,

Respondents.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The Court yesterday scheduled an evidentiary hearing on issues relating to non-party applicants' October 15, 2026 emergency motion. The hearing will focus on the following issues, and any other matters that the Court may find helpful in resolving the motion:

1. The existence or lack of any attorney-client relationship(s) between the firm of Holland & Knight and each of the non-party applicants and the dates and subject matter(s) of any such relationship as to each such applicant.

2. As to each of the non-party applicants, the authority of Jorge Alberto Francisco Hernandez Ortiz ("Hernandez") – actual, apparent, express or implied – to act for the person or entity. *See, e.g.*, *Skatteforvaltningen v. Markowitz*, – F.4th –, 2026 WL 2560847, at *18-22 (2d Cir. Aug. 31, 2026).

3. As to each of the non-party applicants, the activities and roles of Hernandez with respect to business and legal matters relating to the person or entity or the Hernandez family.

4. As to each of the non-party applicants, (1) the date and time when each received actual notice of (a) the November 21, 2025 subpoena in this action to Holland & Knight (the "Subpoena"), (b) petitioners' October 6, 2026 motion to compel Holland & Knight to comply with the Subpoena, and (2) any communications between each non-party applicant and any other person with respect to the Subpoena or any proceedings relating thereto.

SO ORDERED.

Dated: October 21, 2026

Lewis A. Kaplan
United States District Judge