USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
TELECOM BUSINESS SOLUTION, LLC, *et al.*,

Petitioners,

-against-

22-cv-1761 (LAK)

TERRA TOWERS CORP., *et al.*,

Respondents.
------------------------------------------x

**ORDER AWARDING ATTORNEYS FEES AND COSTS**

LEWIS A. KAPLAN, *District Judge.*

Petitioners have moved to fix the amount of attorneys fees and costs to be awarded as a sanction for the filing by certain respondents of a frivolous motion for a stay pending appeal. The offending stay motion was filed on May 8, 2026; petitioners filed papers in opposition on May 11, 2026; and the Court heard oral argument and denied the motion on May 12, 2026. Petitioners subsequently filed a motion for sanctions and a reply brief in support of that motion. The sanctions motion was granted to the extent stated in this Court's memorandum endorsement at Docket 602.

Petitioners seek $212,397.70 in attorneys fees: $158,683.80 in connection with the stay motion and $53,713.90 in connection with the sanctions briefing.[1] To justify this rather large sum, petitioners submit billing records from twenty-one timekeepers across three law firms – seven partners, five associates, six paralegals, two managing clerks, and one assistant managing clerk. Respondents request reductions on numerous grounds. In view of the parties arguments and the record evidence, the Court agrees that certain reductions are warranted.

Respondents object in numerous instances to allegedly improper "block billing," i.e., the lumping together in a single time entry of various tasks allegedly performed over the course of many hours. Some – but not all – of these objections are well taken, warranting an appropriate reduction to certain entries. Furthermore, the Court agrees that the stay opposition matter self-evidently was over-staffed, warranting a further reduction. Finally, although so-called "fees on fees" are appropriate in certain instances, petitioners' fee-motion briefing relied heavily on arguments

---

1 Petitioners seek also $1,884.85 in costs, an amount that is not disputed.

concerning Federal Rule of Civil Procedure 11 that were not well taken, warranting a significant reduction in the fees to be awarded for that work.

For the foregoing reasons, Petitioners Telecom Business Solution, LLC, LATAM Towers, LLC, and AMLQ Holdings (Cay) Ltd. shall have judgment, jointly and severally, against Respondents Terra Towers Corp., TBS Management S.R.L., and Jorge Hernandez in the amount of $117,191.13, representing $115,306.28 in attorneys fees and $1,884.85 in costs.

The Clerk shall terminate Docket 607.

SO ORDERED.

Dated: October 30, 2026

Lewis A. Kaplan
United States District Judge