USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-4-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

TELECOM BUSINESS SOLUTION, LLC, *et al.*,

Petitioners,

-against-

22-cv-1761 (LAK)

TERRA TOWERS CORP., *et al.*,

Respondents.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

In view of Dkt 650, the hearing previously scheduled to commence on December 1, 2026 is adjourned *sine die*. This should not be construed as a ruling on or acceptance of the assertions of (a) some non-parties that they or any of them had an attorney-client relationship with Holland & Knight LLP, or (b) Non-Parties generally as to (1) the existence or scope of any attorney-client privilege between them or any of them and Holland & Knight LLP, or (2) the legal effect of their withdrawal and consent to production with respect to any such attorney-client privilege between or attorney work-product protection of them or any of them and Holland & Knight LLP, all subjects as to which the Court expresses no view.

SO ORDERED.

Dated: November 4, 2026

Lewis A. Kaplan
United States District Judge